# EXHIBIT B

 **TRANSAMERICA®**

**Beneficiary Change Form**

○ **Transamerica Financial Life Insurance Company**
  Home Office: Harrison, New York
○ **Transamerica Life Insurance Company**
● **Transamerica Premier Life Insurance Company**
  Home Office: 4333 Edgewood Road NE, Cedar Rapids, IA 52499

## Section 1: Policy Information

| Policy Number(s) | Owner(s) |
|---|---|
| 6600534140 | Tom Retzlaff |

| Owner Address | City/State/Zip |
|---|---|
| PO Box 46424 | Phoenix, AZ 85063-6424 |

| Insured/Annuitant | Insured/Annuitant Social Security Number |
|---|---|
| Tom Retzlaff | ███ 5528 |

## Section 2: Instructions and Signature Requirements

**PRIMARY BENEFICARY**: Receives any proceeds payable at the insured's death.

**CONTINGENT BENEFICIARY:** Receives proceeds only if no primary beneficiary(ies) survives the insured.

**TRUST-OWNED POLICIES:** The complete name and date of the trust should be listed in Section 1. Trustee(s) must sign in Section 5. A Trustee Certification Form and a copy of a Corporate Resolution, if applicable, for a corporate trustee, must be on file or included with this Beneficiary Change Form.

**POWER OF ATTORNEY/GUARDIAN/CONSERVATOR:** An attorney in fact or court-appointed guardian of the estate or conservator may sign on behalf of the policy owner in accordance with state laws or pursuant to a specific court order. A copy of the letters of guardianship/conservatorship/power of attorney must be on file with the Company or submitted with this Beneficiary Change Form.

**BUSINESS/ENTITY-OWNED POLICIES:** If a corporation, partnership or institutional body is the policy owner, an Entity Certification Form or a copy of a Corporate Resolution must be on file with the Company or submitted with this Beneficiary Change Form.

**NAMING A FUNERAL HOME AS A BENEFICIARY:** When a funeral home is named as the beneficiary, there is a possibility that the proceeds from the policy may exceed the cost of the funeral. The funeral home may not be obligated to refund the remainder of the proceeds. You may have the option to collaterally assign the policy instead. You may wish to speak with your agent, attorney or financial planner for additional information on establishing payment to a funeral home.

**IRREVOCABLE BENEFICIARIES:** To name your beneficiary as irrevocable, please write "Irrevocable" next to the name of the beneficiary on the form. If a beneficiary is named as irrevocable, the beneficiary designation cannot be changed without the consent of the irrevocable beneficiary. The irrevocable beneficiary may be required to sign other requests for changes to, or disbursements from, the policy.

**TRUST BENEFICIARIES:** If a trust is named beneficiary, the Company shall not be responsible for the disposition by the trustee of any proceeds paid to the trustee. The full name and date of the trust is required.

**MINOR BENEFICIARIES:** Any payment to a minor beneficiary shall be made to the legally appointed guardian of the estate or conservator of the minor, unless otherwise permitted by law. Beneficiary designations to a minor should include a legally appointed guardian/conservator.

**PERCENTAGES:** Please do not specify dollar amounts. Use percentages totaling 100% for primary and contingent designations. Primary beneficiaries should total 100% and contingent beneficiaries should independently total 100%.

BENCHG2018

Policy Number _____

| **Section 3: Primary Beneficiary Information** |
| --- |

**If additional space for Primary Beneficiaries is needed, please attach additional pages.**

☐ For annuity polices only: Check here if the below change of beneficiary is due to a divorce.
If the policy has a joint life rider you may be able to change your primary beneficiary. **Both parties' notarized signa-tures and date will be required.** The Owner agrees to continue to pay the joint rider fees and receive lower joint life/ rider payments for any withdrawals and forfeit any benefit for the Ex-Spouse (i.e., the joint life portion of the rider).

ⓘ **If this section is left blank, the primary beneficiary will remain as currently listed on policy.**
**The Primary Beneficiary Percentage Total must equal 100%.**

Name: Collin A. Retzlaff                                                    90 %

Relationship: Son                    Birth or Trust Date: ▮▮▮ 1990

Address: 11833 W. Rosewood Dr.        City/State/Zip: El Mirage, AZ 85335

Phone Number: 602-582-1962           SSN or Tax ID Number: ▮▮▮▮ 7679

Name: Denise A. Hollas                                                    10 %

Relationship: ex-wife                Birth or Trust Date: ▮▮▮ 1964

Address: 11633 W. Rosewood Dr.        City/State/Zip: El Mirage, AZ 85335

Phone Number: 623-293-6939           SSN or Tax ID Number: ▮▮▮▮ 5215

Name:                                                                     %

Relationship:                        Birth or Trust Date:

Address:                             City/State/Zip:

Phone Number:                        SSN or Tax ID Number:

Name:                                                                     %

Relationship:                        Birth or Trust Date:

Address:                             City/State/Zip:

Phone Number:                        SSN or Tax ID Number:

**PLEASE SIGN AND DATE FORM IN SECTION 5**

BENCHG2018

Policy Number _____

## Section 4: Contingent Beneficiary Information

**If additional space for Contingent Beneficiaries is needed, please attach additional pages.**

Primary and contingent beneficiaries cannot be the same.

(i)  **If the contingent beneficiary section is left blank, the current contingent beneficiary designations will be revoked.**

**The Contingent Beneficiary Percentage Total must equal 100%.**

Name                                                                           %

Relationship                                    Birth or Trust Date

Address                                         City/State/Zip

Phone Number                                    SSN or Tax ID Number

Name                                                                           %

Relationship                                    Birth or Trust Date

Address                                         City/State/Zip

Phone Number                                    SSN or Tax ID Number

Name                                                                           %

Relationship                                    Birth or Trust Date

Address                                         City/State/Zip

Phone Number                                    SSN or Tax ID Number

Name                                                                           %

Relationship                                    Birth or Trust Date

Address                                         City/State/Zip

Phone Number                                    SSN or Tax ID Number

## PLEASE SIGN AND DATE FORM IN SECTION 5

BENCHG2018

Policy Number _____

## Section 5: Signatures and Date

ⓘ  **Please Note: All policy owners must sign this Beneficiary Designation Form.**

| Owner SSN | Phone Number | Joint Owner SSN | Phone Number |
|---|---|---|---|
| ███ 5528 | 210-317-9800 | | |

Owner Signature          Date

10/29/2020

**Owner Signature**          Date          **Joint Owner Signature (If Applicable)**          Date

Notary Public Stamp (If Applicable)

Notary Signature: _____

Notary Public Stamp (If Applicable)

Notary Signature: _____

**Irrevocable Beneficiary Signature (if applicable)  Date**     **Witness Signature** (only required in MA for life policies)   Date

*"Signature of the policy owner in MA must be witnessed by someone over the age of 18, not related to the policy owner(s), and not a named beneficiary.*

## Section 6: Confirmation

A confirmation of the change will be mailed to the owner's address of record, unless one of the below options is selected. If there is more than one owner, please designate one email address or fax number. **Email and fax are not available for all products.**

☑ I would like confirmation of this change, or any questions related to the requested change, securely emailed to me at the email address provided below.

t_retz @ hotmail.com

**Email Address**

☐ I would like confirmation of this change, or any questions related to the requested change, faxed to the fax number below.

_____

**Fax Number**

BENCHG2018



4333 Edgewood Road NE I Cedar Rapids, IA 52499 I www.transamerica.com

Tom C Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424

November 10, 2020

Policy Number: 6600534140
Insured: Tom C Retzlaff

Dear Tom C Retzlaff:

Thank you for being a valued Transamerica customer. Based on information you recently provided, we've updated your policy to show the following beneficiary designations:

| Beneficiary Name | Beneficiary Type | Irrevocable | Benefit |
|---|---|---|---|
| Collin A Retzlaff | Primary | No | 90% |
| Denise A Hollas | Primary | No | 10% |
| None Listed | Contingent | | |

Please keep this letter for your records.

If you have questions about this letter, give us a call at 800-852-4678, Monday through Friday between 9:00 a.m. and 6:00 p.m. ET. We're glad to help.

Best regards,

Transamerica

cc:    1086635   -CHARAN J SINGH

—

**RECEIVED AS IS**

 **TRANSAMERICA**
LIFE INSURANCE COMPANY

Transamerica Life Insurance Company
Home Office: 4333 Edgewood Road NE
Cedar Rapids, IA 52499
(the "Company")

## Beneficiary Designation Form

---

**Policy Number:** 6600534140                    **Insured's Name:** Tom Retzlaff

| Owner's Name Tom Retzlaff | | | Written confirmation of this change, if recorded by the Company, will be mailed to the owner's address unless otherwise indicated below and initialed by the owner. |
|---|---|---|---|
| Address PO Box 46424 | | | Return confirmation to:                    Owner's Initial |
| City Phoenix, AZ 85063-6424 | State | Zip | ☐ General Agency/GA Code_____  ☐ Fax to: (        )_____ |

☐ **Check if new address update is needed.**

This Beneficiary Designation cancels all prior Beneficiary Designations and settlement agreements for the Policy identified by the number above. Please see instructions, signature requirements, special provisions, and sample Beneficiary Designations before completing the form. If this form is recorded by the Company, such recording does not mean that the Company has passed on the legal adequacy or validity of the transaction requested.

**Print the beneficiary's full name, address and relationship to the Insured. The Policy's death benefit will be paid to multiple beneficiaries in equal shares unless otherwise indicated. For multiple beneficiaries of unequal shares, indicate each beneficiary's share in percentage of the Policy's Death Benefit next to their names. *(See next page for additional instructions.)***

**Primary Beneficiary(ies):** If more than one beneficiary is named, and any beneficiary(ies) predecease the Insured, payment of the share(s) that would have been payable to the deceased beneficiary(ies) will be made in equal shares to the surviving beneficiary(ies) unless otherwise indicated. Percentage for both the primary and contingent beneficiary, if applicable, must separately equal 100%.

| Name (list below) | Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|---|
| Tayjalaya Storm Williams, 13022 W. Columbine Dr., El Mirage, AZ 85335 | | | Spouse / domestic partner | 75% |
| Collin A. Retzlaff, 11833 W. Rosewood Dr., El Mirage, AZ 85335 | | | Son | 25% |

**Contingent Beneficiary(ies):** Receives proceeds at the death of the Insured only if all of the Primary Beneficiaries predecease the Insured.

| Name (list below) | Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|---|
| | | | | |

| 210-317-9800 | Tom Retzlaff |
|---|---|
| Owner's Daytime Telephone Number | Print Owner's Complete Name |
| | 5528 |
| Irrevocable Beneficiary Signature (if applicable) | Owner's Social Security Number/Tax ID Number |
| Witness Signature | Owner's Signature (include Title, if Business or Trust) |
| Address of Witness | Owner's Signature (include Title, if Business or Trust) |
| | Date Signed: May 20, 2021 |

TOB 306M-0809                    **(SIGNATURE REQUIREMENTS ON NEXT PAGE)**     TG-NF     

* D T 0 7 3 *

# TRANSAMERICA®

4333 Edgewood Road NE I Cedar Rapids, IA 52499 I www.transamerica.com

Tom C Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424

June 1, 2021

Policy #:  6600534140
Insured Name: Tom C Retzlaff

Dear Tom C Retzlaff:

Thank you for being a valued Transamerica customer. Based on information you recently provided, we've updated your policy to show the following beneficiary designations:

| Beneficiary Name | Beneficiary Type | Irrevocable | Benefit |
|---|---|---|---|
| Tayjalaya Storm Williams | Primary | No | 75% |
| Collin A Retzlaff | Primary | No | 25% |
| None Listed | Contingent | | |

Please keep this letter for your records.

If you have questions, please contact your insurance agent or give us a call at 800-238-4302, weekdays 9 a.m. – 6 p.m. ET. We can also be reached by fax at 800-235-4782 or by email at tii.customerservice@transamerica.com.

Best regards,

Transamerica

cc:    Selectquote Insurance Services 13593



**TRANSAMERICA**
LIFE INSURANCE COMPANY

Transamerica Life Insurance Company
Home Office: 4333 Edgewood Road NE
Cedar Rapids, IA 52499
(the "Company")

**Beneficiary**
**Designation Form**

**Policy Number:** 6600534140        **Insured's Name:** Tom Retzlaff

| Owner's Name: Tom Retzlaff | Written confirmation of this change, if recorded by the Company, will be mailed to the owner's address unless otherwise indicated below and initialed by the owner. |
|---|---|
| Address: PO Box 46424 | *Return confirmation to:*                          *Owner's Initial* |
| City: Phoenix, AZ 85063-6424    State         Zip | ☐ *General Agency/GA Code* _____<br>☐ *Fax to:* ( ) _____ |

☐ **Check if new address update is needed.**

This Beneficiary Designation cancels all prior Beneficiary Designations and settlement agreements for the Policy identified by the number above. Please see instructions, signature requirements, special provisions, and sample Beneficiary Designations before completing the form. If this form is recorded by the Company, such recording does not mean that the Company has passed on the legal adequacy or validity of the transaction requested.

**Print the beneficiary's full name, address and relationship to the Insured. The Policy's death benefit will be paid to multiple beneficiaries in equal shares unless otherwise indicated. For multiple beneficiaries of unequal shares, indicate each beneficiary's share in percentage of the Policy's Death Benefit next to their names.** *(See next page for additional instructions.)*

**Primary Beneficiary(ies):** If more than one beneficiary is named, and any beneficiary(ies) predecease the Insured, payment of the share(s) that would have been payable to the deceased beneficiary(ies) will be made in equal shares to the surviving beneficiary(ies) unless otherwise indicated. Percentage for both the primary and contingent beneficiary, if applicable, must separately equal 100%.

| Name (list below) | Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|---|
| Tayjalaya Storm Williams | 13022 W. Columbine Dr., El Mirage, AZ 85335 | | Wife | 100% |

**Contingent Beneficiary(ies):** Receives proceeds at the death of the Insured only if all of the Primary Beneficiaries predecease the Insured.

| Name (list below) | Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|---|
| | | | | |

210-317-9800
Owner's Daytime Telephone Number

Tom Retzlaff
Print Owner's Complete Name

_____
Irrevocable Beneficiary Signature (if applicable)

5528
Owner's Social Security Number/Tax ID Number

_____
Witness Signature

*Tom R* (signature)
Owner's Signature (include Title, if Business or Trust)

_____
Address of Witness

_____
Owner's Signature (include Title, if Business or Trust)

Date Signed: August 28, 2021

TOB 306M-0809        **(SIGNATURE REQUIREMENTS ON NEXT PAGE)**    TG-NF    * D T 0 7 3 *