# EXHIBIT C



Record Of Marriage
Clerk of the Superior Court

STATE OF ARIZONA                                    COUNTY OF MARICOPA

THOMAS CHRISTOPHER RETZLAFF / 55                              and
Name/Age of Groom
TAYJALAYA STORM WILLIAMS / 22
Name/Age of Bride
were united in marriage in _____Phoenix_____ · _____Arizona_____ .
                              City                State and/or Country

in accordance with the laws of the State of Arizona on this __28__ of __August__ ___ 2021
                                                            Day        Month              Year

_____Phil Waring_____                    Signature of THOMAS CHRISTOPHER RETZLAFF
Signature of First Witness
                                         Signature of TAYJALAYA STORM WILLIAMS
Signature of Second Witness
       Gwen T. Waring                    Signature of Person Performing Ceremony
Person Performing Ceremony (please print)

                                         Pursuant to A.R.S 25-128, the person performing the ceremony must within 30 days,
                                         forward the bottom portion (Record of Marriage) for official recording to:

                                                    Clerk of the Superior Court
                                                    601 W. Jackson Street, Phoenix, AZ 85003

License# * 831778                    2   License to marry expires if not used by: JUNE 18, 2022

                                         The foregoing instrument is a full, true and correct copy of
                                         the original marriage license recorded in this Office.

                                         Attest 5/3/23
                                         JEFF FINE, Clerk of the Superior Court of the State
                                         of Arizona, in and for the County of Maricopa.

                                         By _____ Deputy