# EXHIBIT D

## STATE OF ARIZONA
### CERTIFICATION OF VITAL RECORD

ORIGINAL
STATE COPY.

**STATE OF ARIZONA**
**DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS**
**CERTIFICATE OF DEATH**

State File Number
102-2021-058863

1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX)

THOMAS, CHRISTOPHER, RETZLAFF

2. AKA'S (IF ANY)

3. DATE OF DEATH
09/01/2021

4. SEX
MALE

5. SOCIAL SECURITY NUMBER
5528

6. DATE OF BIRTH
966

7. AGE
55 YEARS

6. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH

EL MIRAGE, MARICOPA, 85335

8. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS)

RESIDENCE - 13022 W COLUMBINE DRIVE

10. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY)
ROCHESTER, MINNESOTA

11. MARITAL STATUS
MARRIED

12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX)
TAYJALAYA, , UNKNOWN

13. DECEDENT'S USUAL RESIDENCE ADDRESS (STREET, CITY, COUNTY, STATE, ZIP)

13022 W COLUMBINE, EL MIRAGE, MARICOPA, AZ, 85335

14. DECEDENT'S HISPANIC ORIGIN(S)
NO, NOT SPANISH/HISPANIC/LATINO

15. DECEDENT'S RACE(S)
WHITE

16. EVER IN ARMED FORCES
YES

17. OCCUPATION
UNEMPLOYED

18. FATHER'S NAME (FIRST, MIDDLE, LAST, SUFFIX)
LAYNE, R, RETZLAFF

19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX)
SANDRA, FRANCES, LORGE

20. INFORMANT'S NAME (FIRST, MIDDLE, LAST, SUFFIX)
SCOTT, , RETZLAFF

21. RELATIONSHIP
BROTHER

22. INFORMANT'S MAILING ADDRESS
733 27TH STREET NW, ROCHESTER, MN, 55901

23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON
CREMATIONONLY COM
124 W ORION STREET, #F5, TEMPE, AZ, 85283

24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON
ERICA, , HICKEY

25. LICENSE NUMBER
FDL-001566

26. METHOD(S) OF DISPOSITION
CREMATION

27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY
REGENCY MORTUARY & CREMATION INC.
SUN CITY, AZ US

28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

29. A. IMMEDIATE CAUSE OF DEATH
MULTIPLE SHARP FORCE INJURIES

30. APPROXIMATE INTERVAL
UNKNOWN

30. B. DUE TO OR AS A CONSEQUENCE OF:

32. APPROXIMATE INTERVAL

33. C. DUE TO OR AS A CONSEQUENCE OF:

34. APPROXIMATE INTERVAL

35. D. DUE TO OR AS A CONSEQUENCE OF:

36. APPROXIMATE INTERVAL

### CAUSE OF DEATH PART II

37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

38. INJURY?
YES

39. INJURY AT WORK?
NO

40. MANNER OF DEATH
HOMICIDE

41. TIME OF DEATH
22:45

42. WAS AN AUTOPSY PERFORMED?
YES

43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?
YES

### CAUSE AND MANNER CERTIFICATION

ON THE BASIS OF EXAMINATION OR INVESTIGATION, AS APPLICABLE, THE DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

44. NAME OF PERSON COMPLETING CAUSE OF DEATH
AMANDA, E, MASKOVYAK

45. DATE CERTIFIED
09/03/2021

46. CERTIFIER'S ADDRESS
701 W JEFFERSON STREET, PHOENIX, AZ, 85007

Date Registered: 10/05/2021

Date Issued: 06/26/2023

Vs-49 Rev. 12/2017

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA.
Revision 10/2016

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.

ARIZONA DEPARTMENT
OF HEALTH SERVICES

J4382123