Collin Retzlaff,
11833 Rosewood Dr
El Mirage AZ 85335
Collin.bluemeloncorp@gmail.com
Defendant

```
____  FILED        ____ LODGED
____  RECEIVED     ____ COPY

        MAR 2 0 2024

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____  DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company, | No.: 2:24-cv-00379-ROS |
| Plaintiff, | |
| vs. | ANSWER TO COMPLAINT IN INTERPLEADER |
| Collin A Retzlaff Defendants | |

Defendant, Collin A Retzlaff., represented by self, does hereby appear in this matter and answers Interpleader Plaintiff's complaint in Interpleader as follows:

**PARTIES**

1.  Defendants are unable to admit or deny the allegations contained in paragraph 1 of the complaint and therefore leave Plaintiff to its proofs.

2.  Defendants are unable to admit or deny the allegations contained in paragraph 2 of the complaint and therefore leave Plaintiff to its proofs.

3.  Defendants admit the allegation of paragraph 3.

4.  Defendants admit the allegation of paragraph 4.

5.  Defendants admit the allegation of paragraph 5.

**JURISDICTION AND VENUE**

6.  Defendants admit the allegation of paragraph 6.

7.  Defendants admit  the allegation of paragraph 7

**GENERAL ALLEGATIONS**

.

8.  Defendants are unable to admit or deny the allegations contained in paragraph 8 of the complaint and therefore leave Plaintiff to its proofs.

ANSWER - 1

DocuSign Envelope ID: E2CE5B5E-03B2-4BDE-985C-280E9AAA37CC

1   9.      Defendants are unable to admit or deny the allegations contained in paragraph 9 of the complaint and

2           therefore leave Plaintiff to its proofs.

3   10.     Defendants are unable to admit or deny the allegations contained in paragraph 10 of the complaint and

4           therefore leave Plaintiff to its proofs.

5   11.     Defendants are unable to admit or deny the allegations contained in paragraph 11 of the complaint and

6           therefore leave Plaintiff to its proofs.

7   12.     Defendants are unable to admit or deny the allegations contained in paragraph 12 of the complaint and

8           therefore leave Plaintiff to its proofs.

9   13.     Defendants admit the allegations of paragraph 13 of the complaint.

10  14.     Defendants are unable to admit or deny the allegations contained in paragraph 14 of the complaint and

11          therefore leave Plaintiff to its proofs.

12  15.     Defendants deny the allegations contained in paragraph 15 of the complaint. Defendant was at home with

13  his mother and on facetime with his then girlfriend for the entirety of the time the crime was committed according to

14  the El Mirage Police. The Police Department made very little if any effort to contact defendant and family. It was

15  only thru social media the defendant and family learned of the crime occurring on Friday of sept 2021 the week it

16  happened. Police made no effort to ask the defendant and their family members their whereabouts during the crime.

17  It was only one time the police attempted to reach the defendant. The police have zero physical evidence nor any

18  testimony that would make them assume they were involved in anyway. The police only have the word of the prime

19  suspect Tay Williams who made claims he was suicidal due to the defendant and his family wanting his money. She

20  claimed defendant was abusive and the father hated him However, a few days prior to his murder Thomas Retzlaff

21  left a voicemail (still contained on defendants phone being the last words he heard of him) saying "Hey there. Just

22  wanted to see how my son is doing." These are not the words of someone who has a terrible relationship with their

23  father. Tay Williams claims she received a phone call from the father of the defendant moments before his murder

24  around 8-9pm claiming someone was attempting to break in. Neighbors posted on the nextdoor app and local El

25  Mirage fb community page they had seen banking statements and Thomas Retzlaff passports on the floor of the

26  garage the night of the murder. Only someone who believed Thomas Retzlaff had a lot of money would want this

27  info. Thomas Retzlaff phone was also missing along with keys to his safety deposit box. Police mentioned to

28  defendant in an interview if he knew anything about this missing key and claimed "we will find out when we go to

ANSWER - 2

DocuSign Envelope ID: E2CE5B5E-03B2-4BDE-985C-280E9AAA37CC

1   the bank if anyone tried going into it" Only someone who knew this was a safety deposit box key and was granted

2   access by Thomas Retzlaff as well as knew which box and where could access this. The person would be required to

3   prove identity to the bank. The police would also not have known a safety deposit box key was stolen unless

4   someone who lived there told them which leads the defendant to believe Tay Williams made the claim to police that

5   the defendant had stolen this key. Another key piece of info from the crime scene is that the security camera was

6   spun upside down. At the entry of Thomas Retzlaff's home was a round security camera. However, this camera was

7   fake and was about 8 ft up on the wall of the house. Only someone of great height could reach this and someone

8   who believed this camera was real.  Tay only called the non-emergency line for a welfare check and then after being

9   told he was murdered only appeared at the property without notifying police she was arriving the Friday of that

10  week attempting to retrieve items from the home. Only a few weeks after the murder, Tay Williams cleaned the

11  property with her family and moved back in believing he had a "limitless" credit card that would pay the rent on

12  time every month. Tay Williams believed the defendants father was retired and extremely wealthy and made claims

13  the defendant and his family only wanted him for his "money" causing undue stress. The defendant and his family

14  knew he was unemployed and received a check from his father every month that was in the amount of $2500 to

15  cover the rent and utilities. He would donate plasma 2x a week at csl to have money to spend. He was not retired

16  from any career and was in fact in massive debt. Tay Williams wrote in her personal documents that was obtained

17  by the defendant by digging thru the trash of the home she was squatting in and eventually evicted from that shows

18  contrary to her statements in court for the restraining order, that she was well aware of the location of Thomas

19  Retzlaffs body. Tay Williams however made no attempts to release his body nor attempted to obtain it. Thomas

20  Retzlaff body remained in the freezer of the morgue for nearly a month until the family of the defendant was able to

21  get it released and sent to his family in Minnesota. Tay Williams also wrote in her journal asking herself " Am I still

22  a suspect??" and a reminder to contact a probate lawyer (for the imaginary estate she believed Thomas Retzlaff had).

23  It is also believed Tay Williams was committing fraud using debit cards in other peoples names and potentially

24  receiving illegal funds thru illicit means. Handed over to the police was documents for fictitious LLCs under the

25  names of deceased individuals over debit cards they received. Tay used one of these cards to purchase a pizza from

26  Rosatis in October of 2021. Neighbors of Thomas Retzlaff have also stated they have seen on multiple occasions a

27  Black male, over 6ft, covered in tattoos with small eyes frequently crawling thru the window of Tay Williams

28  bedroom. They have also stated they have seen them kissing. Tay Williams also slept in a separate bedroom even

ANSWER - 3

DocuSign Envelope ID: E2CE5B5E-03B2-4BDE-985C-280E9AAA37CC

after their marriage and would keep her bedroom door locked. Police noted her bedroom door was kicked in and unable to close/lock due to this. This is also where she would leave her dog locked in the bedroom when visiting her sister since the sister did not allow her dog over. Tay had a bulldog mix that was extremely aggressive. It was only when she was apparently dropped off by Thomas Retzlaff at her sisters house in Yuma after their marriage did she bring her dog for the first and last time.  Since September of 2021 El Mirage Police have not initiated contact with the defendant nor their family even up to this day of 3/18/2024. Therefore, it is incorrect to claim the defendant is and cannot be cleared by the police department due to the overwhelming evidence pointing against it.

16.    Defendants deny the allegation contained in paragraph 16 of complaint. See paragraph 15

17.    Defendants admit the allegation contained in paragraph 17 of the complaint.

18.    Defendants admit the allegations contained in paragraph 18 of the complaint.

19.    Defendants admit the allegations contained in paragraph 19 of the complaint.

20.    Defendants admit the allegations contained in paragraph 20 of the complaint.

21.    Defendants admit the allegations contained in paragraph 21 of the complaint.

22.    Defendants admits the allegations contained in paragraph 22 of the complaint.

23.    Defendants are unable to admit or deny the allegations contained in paragraph 23 of the complaint and therefore leave Plaintiff to its proofs.

## **INTERPLEADER**

24.    Defendants are unable to admit or deny the allegations contained in paragraph 24 of the complaint and therefore leave Plaintiff to its proofs.

25.    Defendants are unable to admit or deny the allegations contained in paragraph 25 of the complaint and therefore leave Plaintiff to its proofs.

26.    Defendants admit the allegations contained in paragraph 26 of the complaint.

27.    Defendants are unable to admit or deny the allegations contained in paragraph 27 of the complaint and therefore leave Plaintiff to its proofs.

28.    Defendants are unable to admit or deny the allegations contained in paragraph 28 of the complaint and therefore leave Plaintiff to its proofs.

ANSWER - 4

DocuSign Envelope ID: E2CE5B5E-03B2-4BDE-985C-280E9AAA37CC

29. Defendants are unable to admit or deny the allegations contained in paragraph 29 of the complaint and therefore leave Plaintiff to its proofs.

30. Defendants are unable to admit or deny the allegations contained in paragraph 30 of the complaint and therefore leave Plaintiff to its proofs.

## **PRAYER FOR RELIEF**

WHEREFORE, DEFENDANTS Brittany A. Retzlaff and Denise A. Hollas, being they only two persons ever named as beneficiaries who are not and have never been implicated in the death of the insured, Defendants request this court:

a) release the previously designated percentage to each Defendant (45% to Brittany A. Retzlaff, 10% to Denise A. Hollas and 45% to Collin A Retzlaff )

b) Limit the reward of costs, attorneys fees and other expenses claimed by Transamerica so as not to prejudice the innocent beneficiaries.   Knowing defendants were unable to contact Tay Williams due not only to police telling them to not have any contact with her but also knowing she is the prime suspect of the murder of Thomas Retzlaff.

**WHEREFORE,** based upon the foregoing and upon all of the papers and proceedings had or to be had herein, Defendants demand that judgment be entered in their favor, together with interests, costs and attorney's fees, and for such other and further relief as to the Court seems just and proper.

Dated this 18th day of March, 2024.

/s/ Collin retzlaff

DocuSigned by:

*collin Retzlaff*                3/18/2024

Collin Retzlaff

ANSWER - 5

DocuSign Envelope ID: E2CE5B5E-03B2-4BDE-985C-280E9AAA37CC

1    **ORIGINALFILED via mail** and **COPY**

2    of the foregoing served-

3    12th day of March 2024 to:

4    Andrew Jacobson
      AJacobson@lewisroca.com

5    Lewis, Roca Rothegerber, Christie LLP
      201 E. Washington St., Suite 1200

6    Phoenix, AZ 85004

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER - 6