Court Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Case 2:24-cv-00379-ROS

FILED _____ LODGED
_____ RECEIVED _____ COPY

MAR 2 7 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Affidavit

Defendant

Pro se Tayjalaya S. Williams

2240 S Elks lane

Yuma,AZ,85364

Tayjalayastormwilliams@gmail.com

928-408-1422

March 20th 2024

Plaintiff

Andrew Jacobsohn (State Bar No. 037792)

Direct Dial: 602.262.5782

Email: AJacobsohn@lewisroca.com

Attorneys for Interpleader Plaintiff

Submission of Evidence in Case 2:24-cv-00379-ROS

I, pro se Tayjalaya S. Williams, am representing myself in the above-captioned case. Enclosed, please find the authenticated affidavit, life insurance policy, marriage license, Beneficiary designation change forms (last two), emails, screenshots of text messages, which I am submitting as evidence for the court's consideration.

I, pro se Tayjalaya S. Williams, hereby swear or affirm under penalty of perjury that the following statements are true and accurate to the best of my knowledge and belief:

- Exhibit 1.A- Thomas C. Retzlaff life insurance policy**(pages 1,4)**
- Exhibit A- Proof of marriage license
- Exhibit B- Beneficiary designation change as me (Tayjalaya S. Williams) as **sole primary beneficiary at 100%**
- Exhibit C- **Second to last** beneficiary designation change with me (Tayjalaya) as **75%** primary **Irrevocable** beneficiary and Collin Retzlaff at **25%** primary **irrevocable** beneficiary
- Exhibit D- screenshots of text messages sent between Thomas and myself and proof of **time and date** that are relevant to the case and support my position.
- Exhibit E -Emails sent from Thomas to me (Tayjalaya) expressing fears and urgency of getting married **for my protection and financial security.**

I kindly request that these documents be included in the evidentiary record of the case.

Thank you

X

Sincerely,

Tayjalaya S. Williams

Enclosures:

- Authenticated Affidavit
- Exhibit 1.A
- Exhibit A
- Exhibit B
- Exhibit C
- Exhibit D
- Exhibit E

STATE OF ARIZONA
COUNTY OF YUMA

This document was acknowledged before me on 03/26/2024 [Date] by
Tayjalaya Storm Williams [name of principal].

[Notary Seal, if any]:

(Signature of Notarial Officer)

Notary Public for the state of Arizona



DESTENY VALLE
Notary Public - Arizona
Yuma County
My Commission Expires
November 23, 2026
Commission # 639187



**TRANSAMERICA**
LIFE INSURANCE COMPANY

9 / 55

Transamerica Life Insurance
Home Office: Cedar Rapids, IA
Administrative Office:
4333 Edgewood Rd NE
Cedar Rapids, IA 52499
(800) 852-4678

**(Referred to as the Company, we, our or us)**
TLSB15

| | | |
|---|---|---|
| **Policy Number:** 6600534140 | **Initial Face Amount:** | $100,000 |

**Policy Date:**   AUG 21, 2018

**Insured:** TOM C RETZLAFF

**Owner(s):** TOM C RETZLAFF

We will pay the death benefit to the Beneficiary if the Insured dies while this policy is In Force.  All payments are subject to the provisions of this policy.

Signed for the Company at Cedar Rapids, Iowa on the Date of Issue.

Jay Orlandi, Secretary                     Blake Bostwick, President



(Exhibit 1.0.A)

**10 DAY RIGHT TO CANCEL** - You may cancel this policy by delivering or mailing a Written Request to us or to the agent from whom it was purchased.  You must return the policy to us or the agent before midnight of the 10th day after the day you receive it (or such longer period as may be required by applicable law in the state where the policy is delivered or issued for delivery).  Your Written Request given by mail and return of the policy by mail are effective on being postmarked, properly addressed and postage prepaid.  We must return all payments made for this policy, including any fees or charges, within 30 days after we receive notice of cancellation and the returned policy.

If you are terminating or borrowing from another life insurance policy owned by you in connection with your purchase of this policy, then this policy may be considered a replacement policy.  If this policy is a replacement policy, your right to cancel is extended to midnight of the 30th day after the day you receive it (or such longer period as may be required by applicable law in the state where the policy is delivered or issued for delivery).

Term Insurance to the Policy Anniversary at the Insured's Age 105
Level Death Benefit Payable at Death of the Insured
Prior to the Policy Anniversary at the Insured's Age 105

Premiums Payable During the Life of the Insured to the
Policy Anniversary at the Insured's Age 105

Premiums are Subject to Changes as Stated in the Schedules of
Premiums Provision, But Will Not Exceed Specified Guaranteed Premiums

See Schedule of Guaranteed and Non-Guaranteed Premiums in the Policy Data for Amount of Premiums

Nonparticipating – No Dividends

If you have a complaint, you can contact your State Insurance Department at:
(602)364-2499   AZ

ICC16 TL24                     Page 1

## OWNERSHIP

**Owner of the Policy**

The owner may exercise all rights under this policy during the Insured's lifetime, including the right to transfer ownership subject to applicable law and regulation. If ownership is shared by more than one person, all such persons must act together to exercise a right. Unless otherwise specified, if a co-owner dies during the Insured's lifetime, the co-owner's interest in this policy will pass to the remaining co-owners. If the owner or all co-owners die during the Insured's lifetime, ownership will pass to the contingent owner, if one has been named; otherwise, ownership will pass to the owner's estate. You may change the owner by filing a Written Request with us. We will not be bound by any change of ownership until we record it in our records. Unless otherwise specified by you, the change will then take effect as of the date the change is signed by you, subject to any payments made or actions taken by us prior to our recording of the change.

**Assignment of the Policy**

You may assign this policy by filing a Written Request with us. We will not be bound by any assignment until we record it in our records. Unless otherwise specified by you, the assignment will then take effect on the date the assignment is signed by you, subject to any payments made or actions taken by us prior to our recording of the assignment. We assume no responsibility for the validity or effect of any assignment of this policy or of any interest in it. Any death benefit which becomes payable to an assignee will be payable in a single sum and will be subject to proof of the assignee's interest and the extent of the assignment.

## THE BENEFICIARY

**Who Receives the Death Benefit**

When the death benefit is payable under this policy, we will pay it to the Primary Beneficiary named by you in accordance with this policy. If no Primary Beneficiary has been designated, or if the interest of all designated Primary Beneficiaries has ended before we make payment of the death benefit, we will pay the death benefit to the Contingent Beneficiary, if one has been named. If the interest of all designated Primary and Contingent Beneficiaries has ended before we make payment of the death benefit, we will pay the death benefit to you. If you are not living at that time, we will pay the death benefit to your estate.

Unless you specify otherwise, the following will apply:

1. If any Beneficiary dies before the Insured, at the same time as the Insured, or within 30 days after the Insured, that Beneficiary's interest in the death benefit will end, except as to any death benefits we have already paid to that Beneficiary.
2. If a Beneficiary is a partnership, we will pay the death benefit to the partnership as it existed when the Insured died.

**How to Change a Beneficiary**

You may name or change a Primary or Contingent Beneficiary while the Insured is living by sending us a Written Request. The change will not be effective until we record it in our records. Even if the Insured is not living when we record the change, the change will take effect as of the date it was signed, unless otherwise specified by you. However, any benefits we pay before we record the change will not be subject to the change.

A Beneficiary designated irrevocably may not be changed without the written consent of that Beneficiary.

## THE DEATH BENEFIT

**Amount of the Death Benefit**

The amount of the death benefit is equal to the Face Amount. The amount of the death benefit may be affected by the Misstatement of Age or Sex provision of this policy.

Exhibit 1.A

# Record Of Marriage
### Clerk of the Superior Court

STATE OF ARIZONA                                          COUNTY OF MARICOPA

THOMAS CHRISTOPHER RETZLAFF / 55                         and
*Name/Age of Groom*
TAYJALAYA STORM WILLIAMS / 22
*Name/Age of Bride*
were united in marriage in ___Phoenix___                ___Arizona___.
                            *City*            *State and/or Country*

in accordance with the laws of the State of Arizona on this __28__ of __August__, __2021__
                                                          *Day*    *Month*        *Year*

___Phil Waring___                          Signature of THOMAS CHRISTOPHER RETZLAFF
*Signature of First Witness*

_____                        Signature of TAYJALAYA STORM WILLIAMS
*Signature of Second Witness*

___Gwen T. Waring___                       Signature of Person Performing Ceremony
*Person Performing Ceremony (please print)*

Pursuant to A.R.S 25-128, the person performing the ceremony must within 30 days,
forward the bottom portion (Record of Marriage) for official recording to:

            Clerk of the Superior Court
            601 W. Jackson Street, Phoenix, AZ 85003

License# * 831778                    2        License to marry expires if not used by: JUNE 18, 2022

The foregoing instrument is a full, true and correct copy of
the original marriage license recorded in this Office.

Attest __5/3/23__
JEFF FINE, Clerk of the Superior Court of the State
of Arizona, in and for the County of Maricopa.

By _____ Deputy

(EXHIBIT A)

 **TRANSAMERICA**
LIFE INSURANCE COMPANY

Transamerica Life Insurance Company
Home Office: 4333 Edgewood Road NE
Cedar Rapids, IA 52499
(the "Company")

**Beneficiary
Designation Form**

---

**Policy Number:** 6600534140                    **Insured's Name:** Tom Retzlaff

| Owner's Name<br>Tom Retzlaff | | | Written confirmation of this change, if recorded by the Company, will be mailed to the owner's address unless otherwise indicated below and initialed by the owner. |
| Address<br>PO Box 46424 | | | *Return confirmation to:*                    *Owner's Initial* |
| City<br>Phoenix, AZ 85063-6424 | State | Zip | ☐ General Agency/GA Code_____<br>☐ Fax to: (        ) _____ |

☐ **Check if new address update is needed.**

This Beneficiary Designation cancels all prior Beneficiary Designations and settlement agreements for the Policy identified by the number above. Please see instructions, signature requirements, special provisions, and sample Beneficiary Designations before completing the form. If this form is recorded by the Company, such recording does not mean that the Company has passed on the legal adequacy or validity of the transaction requested.

**Print the beneficiary's full name, address and relationship to the insured. The Policy's death benefit will be paid to multiple beneficiaries in equal shares unless otherwise indicated. For multiple beneficiaries of unequal shares, indicate each beneficiary's share in percentage of the Policy's Death Benefit next to their names.** *(See next page for additional instructions.)*

**Primary Beneficiary(ies):** If more than one beneficiary is named, and any beneficiary(ies) predecease the Insured, payment of the share(s) that would have been payable to the deceased beneficiary(ies) will be made in equal shares to the surviving beneficiary(ies) unless otherwise indicated. Percentage for both the primary and contingent beneficiary, if applicable, must separately equal 100%.

| Name (list below) | Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|---|
| Tayjalaya Storm Williams | 13022 W. Columbine Dr., El Mirage, AZ 85335 | | Wife | 100% |

**Contingent Beneficiary(ies):** Receives proceeds at the death of the Insured only if all of the Primary Beneficiaries predecease the Insured.

| Name (list below) | Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|---|
| | | | | |

---

210-317-9800
Owner's Daytime Telephone Number

Tom Retzlaff
Print Owner's Complete Name

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
Owner's Social Security Number/Tax ID Number

Irrevocable Beneficiary Signature (if applicable)

Witness Signature

Owner's Signature (include Title, if Business or Trust)

Address of Witness

Owner's Signature (include Title, if Business or Trust)

Date Signed: August 28, 2021

TOB 306M-0809                    **(SIGNATURE REQUIREMENTS ON NEXT PAGE)**    TG-NF



* D T 0 7 3 *

RECEIVED AS IS


**TRANSAMERICA**
LIFE INSURANCE COMPANY

Transamerica Life Insurance Company
Home Office: 4333 Edgewood Road NE
Cedar Rapids, IA 52499
(the "Company")

**Beneficiary
Designation Form**

**Policy Number:** 6600534140          **Insured's Name:** Tom Retzlaff

| Owner's Name Tom Retzlaff | | | Written confirmation of this change, if recorded by the Company, will be mailed to the owner's address unless otherwise indicated below and initialed by the owner. | |
|---|---|---|---|---|
| Address PO Box 46424 | | | Return confirmation to: | Owner's Initial |
| City Phoenix, AZ 85063-6424 | State | Zip | ☐ General Agency/GA Code_____ ☐ Fax to: (        )_____ | |

☐ Check if new address update is needed.

This Beneficiary Designation cancels all prior Beneficiary Designations and settlement agreements for the Policy identified by the number above. Please see instructions, signature requirements, special provisions, and sample Beneficiary Designations before completing the form. If this form is recorded by the Company, such recording does not mean that the Company has passed on the legal adequacy or validity of the transaction requested.

Print the beneficiary's full name, address and relationship to the Insured. The Policy's death benefit will be paid to multiple beneficiaries in equal shares unless otherwise indicated. For multiple beneficiaries of unequal shares, indicate each beneficiary's share in percentage of the Policy's Death Benefit next to their names. *(See next page for additional instructions.)*

Primary Beneficiary(ies): If more than one beneficiary is named, and any beneficiary(ies) predecease the Insured, payment of the share(s) that would have been payable to the deceased beneficiary(ies) will be made in equal shares to the surviving beneficiary(ies) unless otherwise indicated. Percentage for both the primary and contingent beneficiary, if applicable, must separately equal 100%.

| Name (list below)    Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|
| Tayjalaya Storm Williams, 13022 W. Columbine Dr., El Mirage, AZ 85335 | | Spouse / domestic partner | 75% |
| Collin A. Retzlaff, 11833 W. Rosewood Dr., El Mirage, AZ 85335 | | Son | 25% |

Contingent Beneficiary(ies): Receives proceeds at the death of the Insured only if all of the Primary Beneficiaries predecease the Insured.

| Name (list below)    Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|
| | | | |

| 210-317-9800 | Tom Retzlaff |
|---|---|
| Owner's Daytime Telephone Number | Print Owner's Complete Name |
| | 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 |
| Irrevocable Beneficiary Signature (if applicable) | Owner's Social Security Number/Tax ID Number |
| | |
| Witness Signature | Owner's Signature (include Title, if Business or Trust) |
| | |
| Address of Witness | Owner's Signature (include Title, if Business or Trust) |
| | Date Signed: May 20, 2021 |

TOB 306M-0809          **(SIGNATURE REQUIREMENTS ON NEXT PAGE)**    TG-NF


* D T 0 7 3 *



# TRANSAMERICA®

4333 Edgewood Road NE I Cedar Rapids, IA 52499 I www.transamerica.com

Tom C Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424

June 1, 2021

Policy #:  6600534140
Insured Name: Tom C Retzlaff

Dear Tom C Retzlaff:

Thank you for being a valued Transamerica customer. Based on information you recently provided, we've updated your policy to show the following beneficiary designations:

| Beneficiary Name | Beneficiary Type | Irrevocable | Benefit |
|---|---|---|---|
| Tayjalaya Storm Williams | Primary | No | 75% |
| Collin A Retzlaff | Primary | No | 25% |
| None Listed | Contingent | | |

Please keep this letter for your records.

If you have questions, please contact your insurance agent or give us a call at 800-238-4302, weekdays 9 a.m. – 6 p.m. ET. We can also be reached by fax at 800-235-4782 or by email at tii.customerservice@transamerica.com.

Best regards,

Transamerica

cc:    Selectquote Insurance Services 13593

**You**
2 days ago

Tom
+12103179800

Listen to the audio recording from the radio show. Both Denise and I were on it and we confront one of the group of

August 8, 2021 · 8:21 PM                    Edit

Screenshot_20210808-202104_Instagram.jpg
/Internal storage/DCIM/Screenshots

Image info
389.74 KB    1080x2400    3MP

?

# Add tag

Reply...


Exhibit D





8:05

bandzo9 started a live video.

I suspect one of
the people who
has contacted
u or ur family is
the man known
as "Catty Idiot".
He used to call
Denise up at her
work and harass
and threaten her.

Again, check ur
email and listen
to the audio
recording.                    6:54 PM

Please forward
to me ALL of the
messages u got,

Reply...   ✕ Remove

Exhibit D



< Tom
+12103179800

This is just more harassment being caused by Collin. Remember the first time? And when that didn't work, he gets people on the internet to join in and turn up the pressure. Because he and they are all nuts.

But u have been with me for literally every moment of every day for ten

Reply... X Remove



**Tom Retzlaff** 6/22/2021
to me

From   Tom Retzlaff • retzlaff@texas.net

To     bröwn bunnïe • tayjalayastormwilliams@gmail.com

Date   Jun 22, 2021, 11:10 PM

🔒     Standard encryption (TLS).
       View security details

The photos you sent me, the screen shots, are unprintable because they are screen shots. The resolution and file size is too small to make decent prints. So I will need you to please send me a link to the drive with the original pictures. Then I can print these and put them on our walls and such!! At least the ones you like, anyways. The other ones I might like. But I will keep them to myself so I can also enjoy them. As far as I am concerned, you take no bad pictures. I love them all. But you are my wife!! And I love everything about you!!!!!!!!

Seriously. I mean that, Tayjalaya.

Each of these is really awesome, Tay. The alien pics I really liked, once you explained to me that the lighting was done purposefully for effect. But these screen shots are of such low resolution / small file sizes, that I cannot do



Exhibit E



**Tom Retzlaff** 6/22/2021

to me ⌄

The photos you sent me, the screen shots, are unprintable because they are screen shots. The resolution and file size is too small to make decent prints. So I will need you to please send me a link to the drive with the original pictures. Then I can print these and put them on our walls and such!! At least the ones you like, anyways. The other ones I might like. But I will keep them to myself so I can also enjoy them. As far as I am concerned, you take no bad pictures. I love them all. But you are my wife!! And I love everything about you!!!!!!!!

Seriously. I mean that, Tayjalaya.

Each of these is really awesome, Tay. The alien pics I really liked, once you explained to me that the lighting was done purposefully for effect. But these screen shots are of such low resolution / small file sizes, that I cannot do anything with them ☺

I don't know when you will see this email. Since right now you are in the kitchen cooking us our food. But I just want you to know that you really are such an amazing person and I am sooo glad that God brought us together and we are getting married!!



I don't know when you will see this email. Since right now you are in the kitchen cooking us our food. But I just want you to know that you really are such an amazing person and I am sooo glad that God brought us together and we are getting married!!

This is so awesome! I can't hardly sleep I am so super excited about it.

You are really the only person who has ever treated me this well.

I am so grateful for you being in my life, Tayjalaya.

Listen, I want to get the marriage paperwork signed and filed as soon as possible. We can do the wedding ceremony in September, if that is what you want. But I want to get the paperwork all done quickly. I don't know what the future has in store and there is talk about the possibility of another lockdown because of the "Delta" or India-version mutant strain of the virus. It is hitting the Midwestern part of the country (Missouri, Arkansas, Illinois and such) especially hard and hospitals are filling up – again. It is supposed to be more contagious and deadly then the "regular" Covid strain. So getting the paper work at least all signed and filed with give me and us a sense of safety. So we can then have our wonderful wedding ceremony in September or whenever you feel.

I just have this feeling of "doom" or a Sword of Damocles hanging over my head. I've mentioned this before. But everything is in such a state of flux that I feel it is important to get things done as soon as possible because



Listen, I want to get the marriage paperwork signed and filed as soon as possible.  We can do the wedding ceremony in September, if that is what you want.  But I want to get the paperwork all done quickly.  I don't know what the future has in store and there is talk about the possibility of another lockdown because of the "Delta" or India-version mutant strain of the virus.  It is hitting the Midwestern part of the country (Missouri, Arkansas, Illinois and such) especially hard and hospitals are filling up – again.  It is supposed to be more contagious and deadly then the "regular" Covid strain.  So getting the paper work at least all signed and filed with give me and us a sense of safety.  So we can then have our wonderful wedding ceremony in September or whenever you feel.

I just have this feeling of "doom" or a Sword of Damocles hanging over my head.  I've mentioned this before.  But everything is in such a state of flux that I feel it is important to get things done as soon as possible because yo don't know what the future will have in store and I don't wish to miss an opportunity.  I worry that something might happen to me.  I cannot explain it or why.  So I want to make sure you are <u>fully</u> protected for every eventuality. And us getting the paperwork sign and filed already will not diminish the wonderful ceremony that you will be planning and putting together.  Plus, us getting the marriage paperwork done now will help reduce the cost for the wedding ceremony by cutting an unnecessary part out of it and leaving the rest of it for the wonderful party and celebration!!!!

Tom

