**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Stephen M. Bressler** (State Bar No. 009032)
Direct Dial: 602.262.5376
Fax: 602.262.5747
Email: SBressler@lewisroca.com

**Andrew Jacobsohn** (State Bar No. 037792)
Direct Dial: 602.262.5782
Email: AJacobsohn@lewisroca.com

*Attorneys for Interpleader Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>   Interpleader Plaintiff,<br><br>v.<br><br>Tayjalaya S. Williams, Brittany A. Retzlaff, Collin A. Retzlaff and Denise A. Hollas,<br><br>   Interpleader Defendants. | No. 2:24-cv-00379-ROS<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT WILLIAMS' FILING AT DOCKET NO. 21** |

Transamerica Life Insurance Company responds to Defendant Tayjalaya Williams' filing at ECF No. 21 (the "Filing"):

1. ***Appearance By Telephone***

Transamerica does not oppose Williams' request to appear by telephone.

2. ***Response To Plaintiff's Motion***

Transamerica filed a Motion for deposit-related relief at ECF No. 20. Williams's Filing addresses only a narrow facet of Transamerica's Motion for deposit-related relief: Transamerica's entitlement to attorneys' fees.

As a disputed matter arising from contract, Transamerica is entitled to fees under A.R.S. § 12-341.01. Furthermore, Transamerica is an innocent stakeholder in this matter and is entitled its reasonable attorneys' fees and costs for having to institute this action, as detailed in the Motion at pages 5 and 6. Transamerica therefore respectfully reiterates its request that the Court grants its Motion and award it its reasonable attorneys' fees and

124416132.1

1  costs.

2  **3. *Summary Judgment***

3  Transamerica is an innocent stakeholder in this matter. Williams' request for
4  Summary Judgment is instead better directed at and addressed by the other Defendants.
5  Therefore, Transamerica expresses no position as to which Defendant is entitled to the
6  Policy Benefits.

7  **4. *Motion To Strike***

8  The request to strike directed at Transamerica is limited to Transamerica's
9  statement at ¶ 15 of its Complaint that "on February 1, 2022, Transamerica spoke with the
10 El Mirage police department, who stated that Collin Retzlaff was not cleared of
11 involvement, and that Tayjalaya S. Williams was the prime suspect." ECF No. 1.

12 The statement at ¶ 15 is an accurate summary of a Transamerica employee's
13 conversation with the El Mirage police department on February 1, 2022. The El Mirage
14 police department also informed Transamerica's counsel on February 12, 2024 that the
15 case was still under investigation. The El Mirage police department confirmed to
16 Transamerica's counsel on April 16, 2024, that Williams remains a suspect.

17 **5. *Collin Retzlaff's Summons Response***

18 Transamerica expresses no position as to any portions of the Filing directed at
19 Collin Retzlaff.

20 DATED this 17th day of April, 2024.

21                                    LEWIS ROCA ROTHGERBER CHRISTIE LLP

22                                    By: */s/Andrew Jacobsohn*
23                                        Stephen M. Bressler
                                          Andrew Jacobsohn
24                                    *Attorneys for Interpleader Plaintiff Transamerica Life Insurance Company*

124416132.1

- 2 -

**Original** of the foregoing filed via CM/ECF, **copies** emailed or mailed via U.S. Mail this 17th day of April, 2024, to:

Anthony R. Montoya
Anthony@montoyalawoffice.com

*Attorneys for Defendants Brittany A. Retzlaff and Denise A. Hollis*

Collin Retzlaff
11833 Rosewood Dr.
El Mirage, AZ 85335
Collin.bluemeloncorp@gmail.com
Skippyjones90@icloud.com

*Pro Se Defendant*

Tayjalaya S. Williams
2240 S. Elks Lane, Unit 13
Yuma, AZ 85364
tayjalayastormwilliams@gmail.com

*Pro Se Defendant*


By:  *s/Sonya Rodriguez*

- 3 -

124416132.1