Tayjalaya S. Williams

2240 S Elks Lane, Unit 13

Yuma, Arizona 85364

928-408-1422

Tayjalayastormwilliams@gmail.com

April 23rd 2024

[Stamp: THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT. REFERENCE *Civil 54* (Rule Number/Section)]

[Stamp: FILED ___ LODGED ___ RECEIVED ___ COPY   APR 24 2024   CLERK U S DISTRICT COURT DISTRICT OF ARIZONA   BY_____ DEPUTY]

United States District Court

District of Arizona

401 West Washington Street

Phoenix, AZ 85003

Case No. 2:24-cv-00379-ROS

*Transamerica Life Insurance Company plaintiff v. Tayjalaya S. Williams Defendant*

**Renewed Motion to Appear by Telephone**

I, Tayjalaya S. Williams, the pro se defendant in the above-referenced case, respectfully submit this motion to request permission to appear by telephone for the scheduling conference scheduled for April 30th, 2024.

I am unable to appear in person at the scheduled conference due to My residence being out of town and lack of transportation, I respectfully request permission to participate in the conference telephonically.

I propose the following dates and times for my telephonic appearance:

- April 30th 2024 at 10:00am

I believe that participating by phone will enable me to fully engage in the proceedings and contribute to the case's progress without causing undue delay or inconvenience to the court or other parties.

Thank you for your attention to this matter. I respectfully request that the court grant my motion to appear by telephone for the scheduling conference.

DATED this 23rd day of April 2024.

Sincerely,

*[signature]*

Pro Se

Defendant

Tayjalaya S. Williams