Tayjalaya S. Williams

2240 S Elks Ln unit 13

Yuma, AZ, 85364

928-408-1422

Tayjalayastormwilliams@gmail.com

DATED this 25th day of April 2024.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

No.   2:24-cv-00379-ROS

**Pro Se Motion to Confirm Tayjalaya S. Williams's Consent to Magistrate Jurisdiction**

Dear Honorable Roslyn O Silver,

I, Tayjalaya Williams, the pro se defendant in the above-referenced case, am writing to address the matter of consent to magistrate jurisdiction as outlined in both my joint management report and the conference held with the other parties.

In my joint management report dated 4/12/24 and during the conference call with the other parties, I explicitly expressed my willingness to consent to the jurisdiction of a magistrate judge for certain aspects of the case, including pretrial matters and procedural issues. My intention behind this statement was to facilitate an expedited legal process and efficient resolution of the case. During the conference, I remember the other parties did not object to this statement, stating "no position."

However, upon reviewing the plaintiff's attorney's joint management report, it appears there may be a discrepancy regarding the parties' consent to magistrate jurisdiction.

I wish to clarify that my consent to magistrate jurisdiction stands as stated in my joint management report and confirmed during the conference with the other parties. I firmly believe that utilizing a magistrate judge could contribute to streamlining the legal proceedings and promoting the interests of justice in this case.

Therefore, I respectfully request that the court acknowledge and record my consent to magistrate jurisdiction in the case proceedings. I have attached a copy of my joint management report for your reference.

Thank you for your attention to this matter. I trust that the court will take into consideration my stance on this issue when making decisions regarding case management.

Sincerely,

Tayjalaya S. Williams

Pro Se Defendant