1  **Lewis Roca Rothgerber Christie LLP**
   201 East Washington Street, Suite 1200
2  Phoenix, AZ 85004

3  **Stephen M. Bressler** (State Bar No. 009032)
   Direct Dial: 602.262.5376
   Email: SBressler@lewisroca.com

4  **Andrew Jacobsohn** (State Bar No. 037792)
   Direct Dial: 602.262.5782
5  Email: AJacobsohn@lewisroca.com

6  *Attorneys for Interpleader Plaintiff*

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,  Interpleader Plaintiff,  v.  Tayjalaya S. Williams, Brittany A. Retzlaff, Collin A. Retzlaff and Denise A. Hollas,  Interpleader Defendants. | No. 2:24-cv-00379-ROS  **TRANSAMERICA'S MOTION TO STRIKE DEFENDANT WILLIAMS' PROPOSED JOINT CASE MANAGEMENT REPORT AT DOC. 31** |

Plaintiff Transamerica Life Insurance Company moves to strike Defendant Tayjalaya S. Williams' Proposed Joint Case Management Report (ECF No. 31) pursuant to L.R.Civ 7.2(m) and this Court's Order dated March 29, 2024 (ECF No. 19) (the "Order").

Document 31 was not a "joint" report. Transamerica never saw Document 31 before it was filed. Defendant Williams used Lewis Roca pleading paper without its permission and inserted counsel Stephen Bressler's electronic signature without his knowledge or permission. Transamerica requests the Court to strike Doc. 31 from the record. Transamerica requests that the Court award its attorneys' fees of $402.50 for preparing this motion. (*See* Ex. A).

/././

/././

/././

124701653.1

DATED this 1st day of May, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/Andrew Jacobsohn*
   Stephen M. Bressler
   Andrew Jacobsohn
*Attorneys for Interpleader Plaintiff Transamerica Life Insurance Company*

124701653.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, the foregoing was filed electronically using the CM/ECF system for filing. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic system. Parties may access this filing through the Court's electronic system.

Anthony R. Montoya
Anthony@montoyalawoffice.com
*Attorneys for Defendants Brittany A. Retzlaff and Denise A. Hollas*

Collin Retzlaff
11833 Rosewood Dr.
El Mirage, AZ 85335
*Pro Se Defendant*

Tayjalaya S. Williams
2240 S. Elks Lane, Unit 13
Yuma, AZ 85364
*Pro Se Defendant*

/s/   *George Hirka*

124701653.1