# EXHIBIT A

# LEWIS ROCA

201 E. Washington St., Ste. 1200 | Phoenix, AZ 85004
602.239.7486 | www.lewisroca.com | ar@lewisroca.com

## Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/30/24 | A. Jacobsohn | Call with T. Williams regarding her 4/30 filing | 0.10 | 25.00 |
| 04/30/24 | A. Jacobsohn | Develop strategy with S. Bressler and G. Hirka regarding response to T. Williams 4/30 filing | 0.10 | 25.00 |
| 05/01/24 | S. Bressler | Plan for and work on motion to strike purported joint filing by defendant Tayjalaya Williams. | 0.20 | 90.00 |
| 05/01/24 | G. Hirka | Research to address sanctions and rules relating to erroneous signing of counsel's signature by Defendant Williams' in her joint case management report. | 0.20 | 45.00 |
| 05/01/24 | G. Hirka | Draft substantive language in motion to strike Defendant Williams' joint case management report. | 0.20 | 45.00 |
| 05/01/24 | G. Hirka | Draft a proposed order to file with motion to strike Defendant Williams' proposed joint management order. | 0.10 | 22.50 |
| 05/01/24 | A. Jacobsohn | Develop strategy with S. Bressler and G. Hirka regarding T. Williams' 4/30 filing | 0.10 | 25.00 |
| 05/01/24 | A. Jacobsohn | Revise motion to strike | 0.50 | 125.00 |
| **Total Fees** | | | **1.50** | **$402.50** |

## Timekeeper Summary

| Attorney | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| A. Jacobsohn | Associate | 0.80 | 250.00 | 200.00 |
| G. Hirka | Paralegal | 0.50 | 225.00 | 112.50 |
| S. Bressler | Partner | 0.20 | 450.00 | 90.00 |
| **Total Fees** | | **1.50** | | **$402.50** |

**Total Fees & Disbursements**                                                              $402.50