Tayjalaya S. Williams

2240 S Elks Lane, Unit 13

Yuma, Arizona 85364

928-408-1422

tayjalayastormwilliams@gmail.com

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

MAY 28 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

May 22, 2024

United States District Court

District of Arizona

Sandra Day O'Connor U.S. Courthouse

401 W. Washington Street, Suite 130

Phoenix, AZ 85003-2118

Re: Case No.: 2:24-cv-00379-ROS

   Transamerica Life Insurance Company, Plaintiff,

    v. Tayjalaya S. Williams, Defendant

Honorable Judge Roslyn O. Silver,

MOTION TO RECONSIDER OR VACATE ORDER FOR ATTORNEY FEES

I, Tayjalaya S. Williams, representing myself pro se in the above-referenced case, respectfully request that the Court reconsider or vacate the order issued on May 1st 2024, granting Transamerica Life Insurance Company's motion for attorney fees in the amount of $402.50.

I was not given the proper time to respond to Transamerica's motion, as the order was granted by the county clerk on the same day the motion was filed. This did not allow the 14-day period typically provided for a response, nor did it allow for proper judicial review by the presiding judge.

Additionally, the fees are based on a misunderstanding related to Document 31. Transamerica incorrectly stated in the finalized joint management report in Document 25 that all parties did not consent to magistrate jurisdiction. In fact, I explicitly consented, and Document 31 was filed to clarify this point and correct the record.

Given this context, I believe it is unjust for me to be held responsible for the attorney fees arising from an error made by Transamerica. I respectfully request that the Court reconsider or vacate the order.

Respectfully submitted,

Tayjalaya S. Williams

Pro Se Defendant

Certificate of Service

I hereby certify that on May 22, 2024, I served a copy of the foregoing "Motion to Reconsider or Vacate Order for Attorney Fees" by U.S. Mail to the following:

Andrew Jacobsohn
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

X: _____

Tayjalaya S. Williams