Tayjalaya S. Williams

2240 S Elks Lane, Unit 13

Yuma, Arizona 85364

928-408-1422

tayjalayastormwilliams@gmail.com



May 22, 2024

United States District Court

District of Arizona

Sandra Day O'Connor U.S. Courthouse

401 W. Washington Street, Suite 130

Phoenix, AZ 85003-2118

Case No. 2:24-cv-00379-ROS

   Transamerica Life Insurance Company, Plaintiff,

   v. Tayjalaya S. Williams, Defendant

Honorable Judge Roslyn O. Silver,

CERTIFICATE OF NO RESPONSE

I, Tayjalaya S. Williams, representing myself pro se in the above-referenced case, hereby certify that I filed a "Motion to Clarify and Address Plaintiff's Motion to Strike Document 31" on May 6th, 2024. As of today, May 22, 2024, it has been 16 days since the filing, and no response or opposition has been filed by the plaintiff.

In addition, I would like to bring to the Court's attention that Transamerica Life Insurance Company incorrectly stated in the finalized joint management report doc. 25 that all parties did not consent to magistrate jurisdiction, when in fact, I explicitly did consent. This misstatement necessitated the filing of Document 31, which was intended to clarify my position and not as a standalone report.

Given this misunderstanding, I do not believe I should be responsible for paying Transamerica's attorney fees related to this issue. The confusion arose from Transamerica's error in the joint management report, not from any action on my part. Document 31 was meant to correct this error and accurately reflect my stance as communicated in my draft report.

Considering the plaintiff's failure to respond within the required timeframe and the context provided, I respectfully request that the Court grant my motion and reconsider the order to charge me $402.50 in attorney fees.

Respectfully submitted,

Tayjalaya S. Williams

Pro Se Defendant

Certificate of Service

I hereby certify that on May 22, 2024, I served a copy of the foregoing "Certificate of No Response" by U.S. Mail to the following:

Andrew Jacobsohn
Lewis Roca LLP – Phoenix
201 E Washington St., Ste. 1200
Phoenix, AZ 85004

X: _____
Tayjalaya S. Williams