**TRANSAMERICA**
LIFE INSURANCE COMPANY

Transamerica Life Insurance Company
Home Office: Cedar Rapids, IA
Administrative Office:
4333 Edgewood Rd NE
Cedar Rapids, IA 52499
(800) 852-4678

(Referred to as the Company, we, our or us)
TLSB**15**

Policy Number: 6600534140

Initial Face Amount:          $100,000

Policy Date:          AUG 21, 2018

Insured: TOM C RETZLAFF

Owner(s): TOM C RETZLAFF

We will pay the death benefit to the Beneficiary if the Insured dies while this policy is In Force.   All payments are subject to the provisions of this policy.

Signed for the Company at Cedar Rapids, Iowa on the Date of Issue.

Jay Orlandi, Secretary                    Blake Bostwick, President

**10 DAY RIGHT TO CANCEL** - You may cancel this policy by delivering or mailing a Written Request to us or to the agent from whom it was purchased.   You must return the policy to us or the agent before midnight of the 10th day after the day you receive it (or such longer period as may be required by applicable law in the state where the policy is delivered or issued for delivery).   Your Written Request given by mail and return of the policy by mail are effective on being postmarked, properly addressed and postage prepaid.   We must return all payments made for this policy, including any fees or charges, within 30 days after we receive notice of cancellation and the returned policy.

If you are terminating or borrowing from another life insurance policy owned by you in connection with your purchase of this policy, then this policy may be considered a replacement policy.   If this policy is a replacement policy, your right to cancel is extended to midnight of the 30th day after the day you receive it (or such longer period as may be required by applicable law in the state where the policy is delivered or issued for delivery).

Term Insurance to the Policy Anniversary at the Insured's Age 105
Level Death Benefit Payable at Death of the Insured
Prior to the Policy Anniversary at the Insured's Age 105

Premiums Payable During the Life of the Insured to the
Policy Anniversary at the Insured's Age 105

Premiums are Subject to Changes as Stated in the Schedules of
Premiums Provision, But Will Not Exceed Specified Guaranteed Premiums

See Schedule of Guaranteed and Non-Guaranteed Premiums in the Policy Data for Amount of Premiums

Nonparticipating – No Dividends

If you have a complaint, you can contact your State Insurance Department at:
(602)364-2499   AZ

ICC16 TL24

**Secretary of State**

**Declaration of Domestic Partnership**

DP-1

FILE NO: _____

**IMPORTANT — ~~Read instructions~~ before completing this form.**

**Filing Fee** — **$33.00** if both partners are under the age of 62;

**$10.00** if either partner is 62 or older

**This Space For Office Use Only**

1. **Declaration Statement** (Do not alter the Declaration Statement – ALL must be true to file the Form DP-1.)

We, the undersigned, do declare the following:

- We meet the requirements of California Family Code section 297, which are as follows:
  - o Neither person is married to someone else or is a member of another domestic partnership with someone else that has not been terminated, dissolved, or adjudged a nullity.
  - o The two persons are not related by blood in a way that would prevent them from being married to each other in this state.
  - o Both persons are at least 18 years of age, except as provided in Section 297.1.
  - o Both persons are capable of consenting to the domestic partnership.
- Both persons consent to the jurisdiction of the Superior Courts of California for the purpose of a proceeding to obtain a judgment of dissolution or nullity of the domestic partnership or for legal separation of partners in the domestic partnership, or for any other proceeding related to the partners' rights and obligations, even if one or both partners ceases to be a resident of, or to maintain a domicile in, this state.
- To the best of our knowledge and belief, the representations herein are true and correct, and contain no material omissions of fact.
- Filing an intentionally and materially false Declaration of Domestic Partnership shall be punishable as a misdemeanor. (Section 298(c).)

2. **Names of Partners** (Please type or print legibly in blue or black ink.)

| a. Partner 1 First Name | Middle Name | Last Name |
|---|---|---|
| Thomas | Christopher | Retzlaff |
| b. Partner 2 First Name | Middle Name | Last Name |
| Tayjalaya | Storm | Williams |

3. **Optional: Middle or Last Name Change** (See instructions for name change restrictions.)

| a. Date of Birth (Required for Name Change) | Partner 1 New Middle Name | Partner 1 New Last Name |
|---|---|---|
| March 14, 1966 | | |
| b. Date of Birth (Required for Name Change) | Partner 2 New Middle Name | Partner 2 New Last Name |
| October 14, 1998 | | |

4. **Mailing Address**

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| PO Box 46424 | Phoenix | AZ | 85063-6424 |

5. **Read and Sign Below** (This form must be signed by both partners and acknowledged by a notary public.)

| | |
|---|---|
| Partner 1 Signature | May 17, 2021 |
| | Date |
| Partner 2 Signature | May 17, 2021 |
| | Date |

DP-1 (REV 04/2020)

2020 California Secretary of State
bizfile.sos.ca.gov

*Exhibit B* 

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of ~~California~~ Arizona
County of Maricopa                    )

On May 17, 2021                 before me, *Carol McCabe*
_____
(insert name and title of the officer)

personally appeared Thomas Retzlaff & Tayjalaya Williams                    ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ~~California~~ that the foregoing paragraph is true and correct. *ARIZONA*

WITNESS my hand and official seal.

Signature *Carol McCabe*                    **(Seal)**

CAROL MCCABE
Notary Public - Arizona
Maricopa County
Commission # 589706
My Comm. Expires Oct 19, 2024

DP-1 (REV 04/2020)


**TRANSAMERICA®**

4333 Edgewood Road NE I Cedar Rapids, IA 52499 I www.transamerica.com

Tom C Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424

June 1, 2021

Policy #:  6600534140
Insured Name: Tom C Retzlaff

Dear Tom C Retzlaff:

Thank you for being a valued Transamerica customer. Based on information you recently provided, we've updated your policy to show the following beneficiary designations:

| Beneficiary Name | Beneficiary Type | Irrevocable | Benefit |
|---|---|---|---|
| Tayjalaya Storm Williams | Primary | No | 75% |
| Collin A Retzlaff | Primary | No | 25% |
| None Listed | Contingent | | |

Please keep this letter for your records.

If you have questions, please contact your insurance agent or give us a call at 800-238-4302, weekdays 9 a.m. – 6 p.m. ET. We can also be reached by fax at 800-235-4782 or by email at tii.customerservice@transamerica.com.

Best regards,

Transamerica

cc:    Selectquote Insurance Services 13593

Transamerica Life Insurance Company

*Exhibit C*



**TRANSAMERICA**
® LIFE INSURANCE COMPANY

RECEIVED AS IS

Transamerica Life Insurance Company
Home Office: 4333 Edgewood Road NE
Cedar Rapids, IA 52499
(the "Company")

**Beneficiary
Designation Form**

---

**Policy Number:** 6600534140          **Insured's Name:** Tom Retzlaff

| Owner's Name |
|---|
| Tom Retzlaff |
| Address |
| PO Box 46424 |
| City                State             Zip |
| Phoenix, AZ 85063-6424 |

Written confirmation of this change, if recorded by the Company, will be mailed to the owner's address unless otherwise indicated below and initialed by the owner.

Return confirmation to:                    *Owner's Initial*

☐ General Agency/GA Code _____

☐ Fax to: (      ) _____      _____

☐ **Check if new address update is needed.**

This Beneficiary Designation cancels all prior Beneficiary Designations and settlement agreements for the Policy identified by the number above. Please see instructions, signature requirements, special provisions, and sample Beneficiary Designations before completing the form. If this form is recorded by the Company, such recording does not mean that the Company has passed on the legal adequacy or validity of the transaction requested.

**Print the beneficiary's full name, address and relationship to the Insured. The Policy's death benefit will be paid to multiple beneficiaries in equal shares unless otherwise indicated. For multiple beneficiaries of unequal shares, indicate each beneficiary's share in percentage of the Policy's Death Benefit next to their names. *(See next page for additional instructions.)***

**Primary Beneficiary(ies):** If more than one beneficiary is named, and any beneficiary(ies) predecease the Insured, payment of the share(s) that would have been payable to the deceased beneficiary(ies) will be made in equal shares to the surviving beneficiary(ies) unless otherwise indicated. Percentage for both the primary and contingent beneficiary, if applicable, must separately equal 100%.

| Name (list below)      Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|
| Tayjalaya Storm Williams, 13022 W. Columbine Dr., El Mirage, AZ 85335 | | Spouse / domestic partner | 75% |
| Collin A. Retzlaff, 11833 W. Rosewood Dr., El Mirage, AZ 85335 | | Son | 25% |

**Contingent Beneficiary(ies):** Receives proceeds at the death of the Insured only if **all** of the Primary Beneficiaries predecease the Insured.

| Name (list below)      Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|
| | | | |

---

210-317-9800
Owner's Daytime Telephone Number

Tom Retzlaff
Print Owner's Complete Name

_____
Irrevocable Beneficiary Signature (if applicable)

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
Owner's Social Security Number/Tax ID Number

_____
Witness Signature


Owner's Signature (include Title, if Business or Trust)

_____
Address of Witness

_____
Owner's Signature (include Title, if Business or Trust)

Date Signed: May 20, 2021

TOB 306M-0809                **(SIGNATURE REQUIREMENTS ON NEXT PAGE)**            TG-NF

* D T 0 7 3 *

*Exhibit D*

**CLERK OF THE ARIZONA SUPERIOR COURT**
**IN AND FOR THE COUNTY OF MARICOPA**

**IN THE MATTER OF THE APPLICATION OF:**

Name 1:  THOMAS CHRISTOPHER RETZLAFF
**AND**
Name 2:  TAYJALAYA STORM WILLIAMS

**FOR A LICENSE TO MARRY**                                    **AFFIDAVIT FOR**
                                                              **MARRIAGE LICENSE**

 GROOM
**STATE OF ARIZONA**
**County of Maricopa**

Per A.R.S. 12-2221, I do swear or affirm and under penalty of perjury that:   **THOMAS CHRISTOPHER RETZLAFF**
is my true name; that my age is  **55**  years; that I have provided my social security number to the Clerk of Superior Court and it
will be maintained confidentially according to provisions of A.R.S. 25-121C; that I reside at
13022 W. Columbine Dr., El Mirage, AZ 85335 ; that we meet the requirements to marry as outlined in A.R.S. 25-101; and that I
understand information on sexually transmitted diseases is available from the County Health Department on request and that these
diseases may be transmitted to my unborn children.

Signature:  *Tom R*

Affirmed by me this  **18**  day of  **June, 2021**    (Month, Year)

_____
**Jeff Fine Clerk of the Superior Court**

 BRIDE
**STATE OF ARIZONA**
**County of Maricopa**

Per A.R.S. 12-2221, I do swear or affirm and under penalty of perjury that:   **TAYJALAYA STORM WILLIAMS**
is my true name; that my age is  **22**  years; that I have provided my social security number to the Clerk of Superior Court and it
will be maintained confidentially according to provisions of A.R.S. 25-121C; that I reside at
**13022 W. COLUMBINE DR., EL MIRAGE, AZ 85335**                      ; that we meet the requirements to marry as
outlined in A.R.S. 25-101; and that I understand information on sexually transmitted diseases is available from the County Health
Department on request and that these diseases may be transmitted to my unborn children.

Signature:  *Tayjalaya S Williams*

Affirmed by me this  **18**  day of  **June 2021**    (Month, Year)

_____
**Jeff Fine Clerk of the Superior Court**

                                                              License #:

*Exhibit D*

# Record Of Marriage
### Clerk of the Superior Court

*STATE OF ARIZONA*                                                    *COUNTY OF MARICOPA*

THOMAS CHRISTOPHER RETZLAFF / 55                                    and
*Name/Age of Groom*
TAYJALAYA STORM WILLIAMS / 22
*Name/Age of Bride*

were united in marriage in _____ Phoenix _____ _____ Arizona _____ .
                          *City*                          *State and/or Country*

in accordance with the laws of the State of Arizona on this _28_ of _August_ _2021_
                                                          *Day*   *Month*    *Year*

_Phil Waring_                                    *Signature of* THOMAS CHRISTOPHER RETZLAFF
*Signature of First Witness*

_____                                          *Signature of* TAYJALAYA STORM WILLIAMS
*Signature of Second Witness*

_Gwen T. Waring_                                 *Signature of Person Performing Ceremony*
*Person Performing Ceremony (please print)*

                                                 Pursuant to A.R.S 25-128, the person performing the ceremony must within 30 days,
                                                 forward the bottom portion (Record of Marriage) for official recording to:

                                                        **Clerk of the Superior Court**
                                                        601 W. Jackson Street, Phoenix, AZ 85003

License# * 831778                     2          License to marry expires if not used by: JUNE 18, 2022

The foregoing instrument is a full, true and correct copy of
the original marriage license recorded in this Office.

Attest _5/3/23_
JEFF FINE, Clerk of the Superior Court of the State
of Arizona, in and for the County of Maricopa.

By _C Alf_ _____ Deputy

*Exhibit E*



**TRANSAMERICA**
® LIFE INSURANCE COMPANY

Transamerica Life Insurance Company
Home Office: 4333 Edgewood Road NE
Cedar Rapids, IA 52499
(the "Company")

**Beneficiary
Designation Form**

**Policy Number:** 6600534140      **Insured's Name:** Tom Retzlaff

| Owner's Name Tom Retzlaff | Written confirmation of this change, if recorded by the Company, will be mailed to the owner's address unless otherwise indicated below and initialed by the owner. |
|---|---|
| Address PO Box 46424 | *Return confirmation to:*      *Owner's Initial* |
| City      State      Zip Phoenix, AZ 85063-6424 | ☐ *General Agency/GA Code* _____ <br> ☐ *Fax to: (  )* _____ |

☐ **Check if new address update is needed.**

This Beneficiary Designation cancels all prior Beneficiary Designations and settlement agreements for the Policy identified by the number above. Please see instructions, signature requirements, special provisions, and sample Beneficiary Designations before completing the form. If this form is recorded by the Company, such recording does not mean that the Company has passed on the legal adequacy or validity of the transaction requested.

**Print the beneficiary's full name, address and relationship to the Insured. The Policy's death benefit will be paid to multiple beneficiaries in equal shares unless otherwise indicated. For multiple beneficiaries of unequal shares, indicate each beneficiary's share in percentage of the Policy's Death Benefit next to their names.** *(See next page for additional instructions.)*

**Primary Beneficiary(ies):** If more than one beneficiary is named, and any beneficiary(ies) predecease the Insured, payment of the share(s) that would have been payable to the deceased beneficiary(ies) will be made in equal shares to the surviving beneficiary(ies) unless otherwise indicated. Percentage for both the primary and contingent beneficiary, if applicable, must separately equal 100%.

| Name (list below) | Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|---|
| Tayjalaya Storm Williams | 13022 W. Columbine Dr., El Mirage, AZ 85335 | | Wife | 100% |

**Contingent Beneficiary(ies):** Receives proceeds at the death of the Insured only if all of the Primary Beneficiaries predecease the Insured.

| Name (list below) | Address (list below) | City, State, Zip | Relationship | Percentage |
|---|---|---|---|---|
| | | | | |

210-317-9800
Owner's Daytime Telephone Number

Tom Retzlaff
Print Owner's Complete Name

_____
Irrevocable Beneficiary Signature (if applicable)

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
Owner's Social Security Number/Tax ID Number

_____
Witness Signature

Owner's Signature (include Title, if Business or Trust)

_____
Address of Witness

Owner's Signature (include Title, if Business or Trust)

Date Signed: August 28, 2021

TOB 306M-0809      **(SIGNATURE REQUIREMENTS ON NEXT PAGE)**      TG-NF

* D T 0 7 3 *

*Exhibit F*

## OWNERSHIP

**Owner of the Policy**

The owner may exercise all rights under this policy during the Insured's lifetime, including the right to transfer ownership subject to applicable law and regulation. If ownership is shared by more than one person, all such persons must act together to exercise a right.    Unless otherwise specified, if a co-owner dies during the Insured's lifetime, the co-owner's interest in this policy will pass to the remaining co-owners.    If the owner or all co-owners die during the Insured's lifetime, ownership will pass to the contingent owner, if one has been named; otherwise, ownership will pass to the owner's estate. You may change the owner by filing a Written Request with us. We will not be bound by any change of ownership until we record it in our records. Unless otherwise specified by you, the change will then take effect as of the date the change is signed by you, subject to any payments made or actions taken by us prior to our recording of the change.

**Assignment of the Policy**

You may assign this policy by filing a Written Request with us. We will not be bound by any assignment until we record it in our records. Unless otherwise specified by you, the assignment will then take effect on the date the assignment is signed by you, subject to any payments made or actions taken by us prior to our recording of the assignment. We assume no responsibility for the validity or effect of any assignment of this policy or of any interest in it. Any death benefit which becomes payable to an assignee will be payable in a single sum and will be subject to proof of the assignee's interest and the extent of the assignment.

## THE BENEFICIARY

**Who Receives the Death Benefit**

When the death benefit is payable under this policy, we will pay it to the Primary Beneficiary named by you in accordance with this policy. If no Primary Beneficiary has been designated, or if the interest of all designated Primary Beneficiaries has ended before we make payment of the death benefit, we will pay the death benefit to the Contingent Beneficiary, if one has been named.    If the interest of all designated Primary and Contingent Beneficiaries has ended before we make payment of the death benefit, we will pay the death benefit to you. If you are not living at that time, we will pay the death benefit to your estate.

Unless you specify otherwise, the following will apply:

1. If any Beneficiary dies before the Insured, at the same time as the Insured, or within 30 days after the Insured, that Beneficiary's interest in the death benefit will end, except as to any death benefits we have already paid to that Beneficiary.
2. If a Beneficiary is a partnership, we will pay the death benefit to the partnership as it existed when the Insured died.

**How to Change a Beneficiary**

You may name or change a Primary or Contingent Beneficiary while the Insured is living by sending us a Written Request. The change will not be effective until we record it in our records. Even if the Insured is not living when we record the change, the change will take effect as of the date it was signed, unless otherwise specified by you. However, any benefits we pay before we record the change will not be subject to the change.

A Beneficiary designated irrevocably may not be changed without the written consent of that Beneficiary.

## THE DEATH BENEFIT

**Amount of the Death Benefit**

The amount of the death benefit is equal to the Face Amount. The amount of the death benefit may be affected by the Misstatement of Age or Sex provision of this policy.

ICC16 TL24



Exhibit
G

4:53

77%

RE: ⟩ [ Inbox ]

**Tom Retzlaff** 6/23/2021

to me ⌄

The photos you sent me, the screen shots, are unprintable because they are screen shots.  The resolution and file size is too small to make decent prints.  So I will need you to please send me a link to the drive with the original pictures.  Then I can print these and put them on our walls and such!!  At least the ones you like, anyways.  The other ones I might like.  But I will keep them to myself so I can also enjoy them.  As far as I am concerned, you take no bad pictures.  I love them all.  But you are my wife!! And I love everything about you!!!!!!!!

Seriously.  I mean that, Tayjalaya.

Each of these is really awesome, Tay.  The alien pics I really liked, once you explained to me that the lighting was done purposefully for effect.  But these screen shots are of such low resolution / small file sizes, that I cannot do anything with them ☹

I don't know when you will see this email.  Since right now you are in the kitchen cooking us our food.  But I just want you to know that you really are such an amazing person and I am sooo glad that God brought us together and we are getting married!!




*Exhibit G*

4:54    📱 📷 📷 🖼    🅽 📶 📶 77% 🔋

← ↓ 🗑 ✉ ⋮

you to know that you really are such an amazing person and I am sooo glad that God brought us together and we are getting married!!

This is so awesome!  I can't hardly sleep I am so super excited about it.

You are really the only person who has ever treated me this well.

I am so grateful for you being in my life, Tayjalaya.

Listen, I want to get the marriage paperwork signed and filed as soon as possible.  We can do the wedding ceremony in September, if that is what you want.  But I want to get the paperwork all done quickly.  I don't know what the future has in store and there is talk about the possibility of another lockdown because of the "Delta" or India-version mutant strain of the virus.  It is hitting the Midwestern part of the country (Missouri, Arkansas, Illinois and such) especially hard and hospitals are filling up – again.  It is supposed to be more contagious and deadly then the "regular" Covid strain.  So getting the paper work at least all signed and filed with give me and us a sense of safety.  So we can then have our wonderful wedding ceremony in September or whenever you feel.

I just have this feeling of "doom" or a Sword of Damocles hanging over my head.  I've mentioned this before.  But everything is in such a state of flux that I feel it is important to get things done as soon as possible because yo don't know what the future will have in store and I don't wish to miss an opportunity.  I worry that something might happen to me.  I cannot explain it or why.  So I want to make sure you are <u>fully</u> protected for every eventuality.  And us getting the paperwork sign and filed already will not diminish the wonderful ceremony that you will be

Exhibit CT

4:54

N 🛜 .ıll 77%

Illinois and such) especially hard and hospitals are filling up – again. It is supposed to be more contagious and deadly then the "regular" Covid strain. So getting the paper work at least all signed and filed with give me and us a sense of safety. So we can then have our wonderful wedding ceremony in September or whenever you feel.

I just have this feeling of "doom" or a Sword of Damocles hanging over my head. I've mentioned this before. But everything is in such a state of flux that I feel it is important to get things done as soon as possible because yo don't know what the future will have in store and I don't wish to miss an opportunity. I worry that something might happen to me. I cannot explain it or why. So I want to make sure you are fully protected for every eventuality. And us getting the paperwork sign and filed already will not diminish the wonderful ceremony that you will be planning and putting together. Plus, us getting the marriage paperwork done now will help reduce the cost for the wedding ceremony by cutting an unnecessary part out of it and leaving the rest of it for the wonderful party and celebration!!!!

Tom

*Exhibit H*



Exhibit
H



8:05    80%

**Tom**
+12103179800

Listen to the audio recording from the radio show. Both Denise and I were on it and we confront one of the group of internet stalkers. This was 5 years ago.

6:50 PM

I suspect one of the people who has contacted u or ur family is the man known as "Catty Idiot". He used to call

Reply...    ✕ Remove

Exhibit H



bandzo9 started a live video.

I suspect one of the people who has contacted u or ur family is the man known as "Catty Idiot". He used to call Denise up at her work and harass and threaten her.

Again, check ur email and listen to the audio recording.

6:54 PM

Please forward to me ALL of the messages u got,

Reply...   ✕ Remove

Exhibit H

8:06

< Tom
+12103179800

This is just more harassment being caused by Collin. Remember the first time? And when that didn't work, he gets people on the internet to join in and turn up the pressure. Because he and they are all nuts.

But u have been with me for literally every moment of every day for ten

Reply...    ✕ Remove

*Exhibit I.1*

Screenshot_20240703_175643_Drive.jpg    ✎ Full screen    ☁ Save to OneDrive          📧 Show email  ⤢  ✕

---

Officer Report for Incident E21090092                                    Page 2 of 56

| | |
|---|---|
| R J Thomas | T313 |
| Z J Oba | T313 |
| C M McDonough | J214 |
| H R Wheat | T215 |
| S C Moncrief | T215 |
| R D Peoples | G210 |
| C D Campbell | J11 |
| C C Culp | G220 |
| J D Vargas | D106 |
| T M Slater | D100 |
| M S Vatorski | D104 |
| S N Navarro | I21 |
| A A Go | T323 |
| M J Jacobs | T323 |
| T W McCracken | I11 |
| J A McCallion | T122 |
| D M Crandall | T122 |
| Z J Oba | T313 |
| J L Johnston | D105 |
| H L Michael | H002 |
| J R Chavez | L30 |
| G K Jordan | P21 |
| I M Takashige | G320 |
| Surprise A C | AC2 |
| Y Bojorquez | 324 |

Responsible Officer:  S J Howerton            Agency:  EMPD
Received by:  M Felix                    Last Radio Log:  **:**:** **,**:**
How Received:  T Telephone                 Clearance:  F6 Report Taken
When Reported:  22:43:42 09/01/21          Disposition:  CAA Date:  02/23/22
Judicial Status:                           Occurred between:  22:37:23 09/01/21
Misc Entry:                                        and:  22:37:23 09/01/21

Modus Operandi :          Description :              Method :
Day of Week            Preferred Day of Week       Wednesday

Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 09/24/21 | Law Incident | Unwanted Guest E21090955 | Related |
| 09/17/21 | Law Incident | Citizen Assist E21091189 | RELATED |
| 09/14/21 | Law Incident | Follow Up E21090934 | RELATED |
| 09/13/21 | Law Incident | Follow Up E21090899 | RELATED |

0760 24

---

Officer Report for Incident E21090092                                    Page 3 of 56

| | | | |
|---|---|---|---|
| 09/09/21 | Law Incident | Follow Up E21090614 | RELATED |
| 09/06/21 | Law Incident | Follow Up E21090373 | RELATED |
| 09/06/21 | Law Incident | Follow Up E21090374 | RELATED |
| 09/05/21 | Law Incident | Follow Up E21090291 | RELATED |
| 09/04/21 | Law Incident | Welfare Check E21090238 | RELATED |
| 09/04/21 | Law Incident | Follow Up E21090254 | RELATED |
| 09/03/21 | Law Incident | Follow Up E21090206 | Related |
| 01/04/23 | Name | ████████████ | Contacted |
| 01/04/23 | Name | ████████████ | Contacted |
| 01/04/23 | Name | ████████████ | Other |
| 09/03/21 | Name | ██████ | Mentioned |
| 10/07/21 | Name | ████████ | Investigative Lead |
| 09/04/21 | Name | RETZLAFF, THOMAS CHRISTOPHER | Victim |
| 09/03/21 | Name | ████████ | Contacted |
| 09/03/21 | Name | WILLIAMS, TAYJALAYA | Contacted |
| 09/03/21 | Name | WILLIAMS, TAYJALAYA | Complaint |
| 09/03/21 | Vehicle | ████████ | Vehicle |
| 09/01/21 | Cad Call | 22:43:42 09/01/21 Welfare Check | Initiating Call |
| 09/02/21 | Vehicle | [No description] | Impounded |

0760 24

Screenshot_20240703_174325_Drive.jpg

⤢ Full screen    ☁ Save to OneDrive                    ▣ Show email    ⤴    ✕



Officer Report for Incident E21090092                                    Page 56 of 56

**Name Involvements:**

Other :  A E46668
| Last: | PARSONS | First: | NATALEE | Mid: | MICHELLE |
| DOB: | | Dr Lic: | | Address: | |
| Race: W | Sex: F | Phone: | | City: | |

Contacted : A 177598
| Last: | ROGERS | First: | DYLAN | Mid: | CHASE |
| DOB: | | Dr Lic: | | Address: | |
| Race: W | Sex: M | Phone: | | City: | |

Victim : 149363
| Last: | RETZLAFF | First: | THOMAS | Mid: | CHRISTOPHER |
| DOB: | | Dr Lic: | | Address: | |
| Race: W | Sex: M | Phone: ( ) - | | City: | |

Other :  A E45393
| Last: | HOLLAS | First: | DENISE | Mid: | ANN |
| DOB: | | Dr Lic: | | Address: | |
| Race: W | Sex: F | Phone: | | City: | |

Contacted : 165844
| Last: | RETZLAFF | First: | BRITTANY | Mid: | ANASTASIA |
| DOB: | | Dr Lic: | | Address: | |
| Race: W | Sex: F | Phone: | | City: | |

Contacted : A E39298
| Last: | RETZLAFF | First: | COLLIN | Mid: | ALEXANDER |
| DOB: | | Dr Lic: | | Address: | |
| Race: W | Sex: M | Phone: | | City: | |

Mentioned : A 235666
| Last: | DEKEN | First: | NADIA | Mid: | PATRICIA |
| DOB: | | Dr Lic: | | Address: | |
| Race: W | Sex: F | Phone: | | City: | |

Complainant : A 240918
| Last: | WILLIAMS | First: | TAYJALAYA | Mid: | |
| DOB: | | Dr Lic: | | | |
| Race: B | Sex: F | Phone: (602)396-3081 | | | |

InvestigativeA 198402
Lead :
| Last: | WILLIAMS | First: | MARICHAIL | Mid: | N'NAMDI |
| DOB: | | Dr Lic: | | Address: | |
| Race: B | Sex: M | Phone: | | City: | |

07/02/24

*Exhibit I.3*

Screenshot_20240708_075848_Gmail.jpg

Full screen     Save to OneDrive          Show email     X



Exhibit I.3

Screenshot_20240708_075902_Gmail.jpg

 Full screen     Save to OneDrive          Show email    ✕



*Exhibit J*

Screenshot_20240708_055736_Phone.jpg

↗ Full screen    ☁ Save to OneDrive                                          ⊞ Show email    ⬈    ✕



Exhibit K



2:24-cv-00379-ROS

Transamerica Life Insurance Company v. Williams et al ▶

Inbox

**Jacobsohn, An...**  Jun 10

to me, Bressler, Hirka... ⌄

Ms. Williams,

When we spoke on April 30, 2024, I requested that you communicate with us via email. Transamerica deposited the life insurance benefit with the Court and has been dismissed from the case.  Its involvement is over.

Best,

Andrew

**Andrew Jacobsohn**

Associate

Exhibit
K

3:16

37%

covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

**Goddess laya** Jun 10

to Jacobsohn

Mr. Jacobsohn,

Thank you for your prompt response. I understand that Transamerica's involvement in the case has concluded.However, I would like to clarify my request regarding the general allegations stating that I was labeled a prime suspect in my late husband Thomas Retzlaff's case. This information is crucial for my ongoing legal matters and to address any misrepresentations in the current proceedings.

I have records of our 4 Minute phone call, on the phone Aug 18th 2024 at 3:24pm,while you were still involved in the case, I specifically asked who you had spoken to at the police department regarding this matter, and you mentioned that you would get back to me but never did. Could you please confirm if there are any specific documents or communications from Transamerica that led to these allegations?

If so, I kindly request information on who at the police department was spoken to and for these documents to be provided, or guidance on how to obtain them.

Thank you for your assistance.

Show quoted text

Reply all

Exhibit
K



Jacobsohn, An...    Jun 11
to me, Bressler, Hirka...

Ms. Williams,

Our file on this matter has closed.

Best,
Andrew


**Andrew Jacobsohn**

Associate

AJacobsohn@lewisroca.com

D. 602.262.5782

Exhibit
K

3:17

**Goddess laya** Jun 11
to Jacobsohn

Dear Mr. Jacobsohn,

I acknowledge receipt of your email dated June 11th 2024, stating that Transamerica's file on this matter has been closed. Despite this, I require specific information regarding the allegations made against me and the communications between Transamerica and the El Mirage Police Department.

Specifically, I request:

A detailed account of the allegations made against me.The names and contact information of the individuals at Transamerica who communicated with the El Mirage Police Department.Copies of any correspondence, reports, or documentation shared with the El Mirage Police Department.

Regaedless If this information is not provided voluntarily, I will pursue all available legal avenues, including issuing a subpoena to obtain the necessary documents and details.

Please respond by june 22nd, to confirm whether you will comply with my request.

Regards,

Show quoted text

Reply all

Exhibit K



3:18

**Jacobsohn,...** 7 days ago
to me, Bressler, Hirka... ⌄

From  Jacobsohn, Andrew • AJacobsohn@lewisroca
.com

To  Goddess laya • tayjalayastormwilliams@gmail
.com

Cc  Bressler, Stephen • SBressler@lewisroca.com
Hirka, George • GHirka@lewisroca.com
Rodriguez, Sonya • SRodriguez@lewisroca
.com

Date  Jun 21, 2024, 12:14 PM

🔒  Standard encryption (TLS).
View security details

Our office spoke with Detective Vargas. Transamerica has
made no allegations against you; for any further
information, please contact the El Mirage Police
Department.

Show quoted text

↩ ⌄  Reply all  ➡

22 | Filing addresses only a narrow facet of Transamerica's Motion for deposit-related relief:

23 | Transamerica's entitlement to attorneys' fees.

24 |      As a disputed matter arising from contract, Transamerica is entitled to fees under

25 | A.R.S. § 12-341.01. Furthermore, Transamerica is an innocent stakeholder in this matter

26 | and is entitled its reasonable attorneys' fees and costs for having to institute this action, as

27 | detailed in the Motion at pages 5 and 6. Transamerica therefore respectfully reiterates its

28 | request that the Court grants its Motion and award it its reasonable attorneys' fees and

124416132.1

---

1 | costs.

2 |      **3. Summary Judgment**

3 |      Transamerica is an innocent stakeholder in this matter. Williams' request for

4 | Summary Judgment is instead better directed at and addressed by the other Defendants.

5 | Therefore, Transamerica expresses no position as to which Defendant is entitled to the

6 | Policy Benefits.

7 |      **4. Motion To Strike**

8 |      The request to strike directed at Transamerica is limited to Transamerica's

9 | statement at ¶ 15 of its Complaint that "on February 1, 2022, Transamerica spoke with the

10 | El Mirage police department, who stated that Collin Retzlaff was not cleared of

11 | involvement, and that Tayjalaya S. Williams was the prime suspect." ECF No. 1.

12 |      The statement at ¶ 15 is an accurate summary of a Transamerica employee's

13 | conversation with the El Mirage police department on February 1, 2022. The El Mirage

14 | police department also informed Transamerica's counsel on February 12, 2024 that the

15 | case was still under investigation. The El Mirage police department confirmed to

16 | Transamerica's counsel on April 16, 2024, that Williams remains a suspect.

17 |      **5. Collin Retzlaff's Summons Response**

18 |      Transamerica expresses no position as to any portions of the Filing directed at

19 | Collin Retzlaff.

20 |      DATED this 17th day of April, 2024.

21 |

22 |      LEWIS ROCA ROTHGERBER CHRISTIE LLP

22 |      By: /s/Andrew Jacobsohn

23 |          Stephen M. Bressler
         Andrew Jacobsohn

24 |      *Attorneys for Interpleader Plaintiff Transamerica*
     *Life Insurance Company*

25 |

26 |

27 |

28 |

124416132.1       - 2 -

*Exhibit L*

---

1 | **Original** of the foregoing filed

2 | via CM/ECF, **copies** emailed or
mailed via U.S. Mail this 17th day

3 | of April, 2024, to:

*Exhibit M*

## PAYMENT OF THE DEATH BENEFIT

**Proof of Death**

We will pay any benefit payable because of death when we receive due proof that the Insured's death occurred while this policy was In Force. The proof must be sent to us at our Administrative Office. We will send appropriate forms to the Beneficiary upon request. Any of our agents will help the Beneficiary fill out the forms without charge.

**Adjustments to the Death Benefit**

Before paying the death benefit we will add to the amount of the payment the amount of any portion of a paid premium which applies to a period beyond the Insured's date of death (excluding any premiums waived under any Rider attached to this policy). We will also adjust the amount of the payment in accordance with any attached Riders, subject to their terms.

We will reduce the amount of the payment by any amount necessary to provide insurance to the date of the Insured's death occurring during a grace period.

**Interest from Date of Death**

We will pay interest on the death benefit under this policy after we receive due proof of the Insured's death. We will pay interest on the death benefit from the date of death to the date of payment. The annual interest rate will be at least the greater of 1% or the rate paid by us on funds left on deposit as of the date of death of the Insured. We will pay additional interest at a rate of 10% annually, beginning with the date that is 31 calendar days from the latest of items 1, 2 and 3 below to the date payment is made: 1. The date we receive due proof of the Insured's death. 2. The date we receive sufficient information to determine our liability, the extent of our liability and the appropriate payee legally entitled to the death benefit. 3. The date that legal impediments to payment of the death benefit that depend on the action of parties other than us are resolved and sufficient evidence is provided to us. Legal impediments include, but are not limited to: a) The establishment of guardianships and conservatorships; b) The appointment and qualification of trustees, executors and administrators; and c) The submission of information required to satisfy state and federal reporting requirements. If the death benefit includes a refund of premiums received by us after the Insured's death and we do not refund those premiums within 30 days after we receive due proof of the insured's death, we will pay interest on such refund from the date of death to the date of payment. The interest rate will be determined by us, but will never be less than 1% annually.

## PREMIUMS

**Premiums**

To keep this policy in force, each premium must be paid in advance. Premiums should be sent to our Administrative Office or as otherwise instructed by us. We will give you a receipt if you ask for one. The first premium is due on the Policy Date. Subsequent premiums are payable while the Insured is living and within the grace period. If a part of the premium ceases to be payable under the provisions of a Rider, the premium will be reduced accordingly. The mode of premium payment may be changed on any Policy Anniversary to any other mode shown in the Policy Data.

**Schedule of Premiums**

Premiums for this policy (excluding premiums for certain Riders) will remain level until the First Premium Increase Date shown in the Policy Data. Beginning on the First Premium Increase Date, premiums will increase annually.

The Policy Data includes two schedules of annual premiums. For any Policy Year after the First Premium Increase Date, we may charge a lower premium than the guaranteed annual premium, but we will not charge a higher annual premium. Any lower annual premium will be in effect for one year and will apply to all policies having the same plan, issue year, class of risk, face amount, sex, and premium schedule as the this policy.