UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Case No. 2:24-cv-00379-ROS

TAYJALAYA S. WILLIAMS, Pro Se Defendant,

v.

TRANSAMERICA LIFE INSURANCE COMPANY et al., Plaintiffs

REQUEST FOR HEARING DATE

TO THE HONORABLE COURT:

I, Tayjalaya S. Williams, Pro Se Defendant in the above-captioned case, respectfully request that the Court schedule a hearing for my Motion for Expedited Summary Judgment. Due to significant financial hardship and emotional strain caused by the delayed resolution of this matter, I request that the hearing be scheduled for September 6th, 2024, or the earliest available date thereafter.

Reason for Request:

1. Expedited Resolution: The ongoing litigation has caused considerable financial and emotional strain.

2. Claim for Interest: The motion includes a claim for interest on delayed life insurance proceeds, further emphasizing the need for an expedited hearing.

I appreciate the Court's consideration of this request.

Dated: July 16, 2024

Respectfully submitted,

Tayjalaya S. Williams
Pro Se Defendant

2240 S Elks Lane, Unit 13

Yuma, Arizona 85364

tayjalayastormwilliams@gmail.com

928-408-1422

CERTIFICATION OF SERVICE

I hereby certify that on July    ,2024, I caused a true and correct copy of the foregoing Request for Hearing Date to be served upon the following via U.S. Mail:

Collin Retzlaff

11833 Rosewood Dr.

El Mirage, AZ 85335

Pro Se Defendant


Anthony R. Montoya

Attorney for Defendants Brittany A. Retzlaff and Denise A. Hollas


Andrew Jacobson

Lewis, Roca Rothgerber, Christie LLP

201 E. Washington St., Suite 1200

Phoenix, AZ 85004

Attorney for Plaintiff Transamerica