Tayjalaya S. Williams

2240 S Elks Lane Unit 13

Yuma, Arizona, 85364

Tayjalayastormwilliams@gmail.com

928-408-1422

July 16,2024

United States District Court

District of Arizona

Case No. 2:24-cv-00379-ROS

Transamerica Life Insurance Company, et al., Plaintiffs

v.

Tayjalaya S. Williams, Collin A. Retzlaff, Brittany A. Retzlaff, and Denise A. Hollas, Defendants

**NOTICE OF MOTION FOR EXPEDITED SUMMARY JUDGMENT**

To: Collin A. Retzlaff, Brittany A. Retzlaff, Denise A. Hollas, and Transamerica Life Insurance Company:

PLEASE TAKE NOTICE that on September 6, 2024, or as soon thereafter as the matter may be heard, at a time and courtroom to be determined, in the United States District Court for the District of Arizona, located at 401 W. Washington Street, Phoenix, AZ 85003, Defendant Tayjalaya S. Williams will move the court for an order granting expedited summary judgment in her favor.

This motion is made pursuant to Federal Rule of Civil Procedure 56 and Local Rule of Civil Procedure 56.1(a), on the grounds that there is no genuine issue as to any material fact and Defendant Williams is entitled to judgment as a matter of law. The motion will be based on this notice, the accompanying memorandum of points and authorities, the statement of undisputed facts, the affidavit/declaration of Tayjalaya S. Williams, the exhibits attached thereto, and upon such other and further evidence and argument as may be presented at the hearing of the motion.

Dated: July 16 2024

*[signature]*

Tayjalaya S. Williams
Pro Se Defendant