# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Tayjalaya S Williams, et al.,<br><br>Defendants. | No. CV-24-00379-PHX-ROS<br><br>**ORDER** |

Defendant Tayjalaya Williams filed a motion for summary judgment (Doc. 36). The Court's scheduling order (Doc. 27) set an interim status conference for August 6, 2024 to discuss whether filing dispositive motions is appropriate. Defendant Williams violated this order by filing her motion for summary judgment before the conference. But parties shall nonetheless be prepared to address Defendant Williams' motion at the August 6, 2024 conference.

The Court's scheduling order (Doc. 27) required parties to submit a joint status report by July 30, 2024 in advance of the August 6, 2024 status conference. Parties did not do so. Parties shall file a joint status report as outlined in the Court's scheduling order no later than **August 1, 2024**.

Defendant Williams also filed a motion for hearing or conference (Doc. 37) concerning her motion for summary judgment. Because the motion will be discussed at the August 6, 2024 interim status conference, Defendant Williams' motion for hearing will be denied.

Accordingly,

**IT IS ORDERED** Parties shall file a joint status report as outlined in the Court's scheduling order (Doc. 27) no later than **August 1, 2024**.

**IT IS FURTHER ORDERED** Defendant Williams' motion for hearing (Doc. 37) is **DENIED**.

Dated this 31st day of July, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge