IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>Tayjalaya S Williams, et al.,<br><br>    Defendants. | No. CV-24-00379-PHX-ROS<br><br>**ORDER** |

On April 30, Defendant Tayjalaya Williams filed a purported "Joint Case Management Report" bearing Plaintiff's counsel's electronic signature. (Doc. 31). Plaintiff filed a motion to strike, asserting it was not a "joint" report, Plaintiff had not seen the document before it was filed, and Defendant Williams inserted Plaintiff's counsel's electronic signature without his knowledge or permission. (Doc. 32). Plaintiff also seeks $402.50 in fees and costs incurred in preparing the motion to strike. *Id.* Defendant Williams filed a "motion to clarify" her filing, explaining she filed the document "as a tool for accurately reflecting [her] stance during the joint management report process." (Doc. 33). Defendant Williams then filed a "motion to reconsider or vacate" a purported May 1, 2024 order from this Court "granting [Plaintiff]'s motion for attorney fees in the amount of $402.50." (Doc. 34).

Given Defendant Williams' clarification, (*see* Doc. 33), the purported joint case management report (Doc. 31) is not an official relevant document in this case. The Court will deny Plaintiff's motion to strike and for attorneys' fees. (Doc. 32). But the Court

makes clear if Defendant Williams files documents purporting to be filed on behalf of another party or bearing the signature of another party or their counsel without express permission to do so, monetary sanctions, an award of attorney's fees, and a contempt citation will likely be imposed.

Further, to the extent Defendant Williams' "motion to clarify" (Doc. 33) requires a response from the Court, it will be denied. Defendant Williams' motion for reconsideration (Doc. 34) will also be denied, as it appears the premise of this motion is Defendant Williams' mistaken interpretation of Plaintiff's motion to strike (Doc. 31) as an Order from this Court.

Accordingly,

**IT IS ORDERED** Plaintiff's motion to strike (Doc. 32) is **DENIED**.

**IT IS FURTHER ORDERED** Defendant Williams' motion for clarification (Doc. 33) and motion for reconsideration (Doc. 34) are **DENIED**.

Dated this 31st day of July, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge