UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Transamerica Life Insurance Company

Plaintiff,
v.
Tayjalaya S. Williams, et al.,
Defendants.

Case No. 2:24-cv-00379-ROS

**Motion to Appear Remotely**

Defendant Tayjalaya S. Williams, appearing pro se, respectfully submits this motion seeking permission to appear remotely at the status conference scheduled for August 6, 2024.

I. **Background**

Defendant Tayjalaya S. Williams resides at 2240 South Elks Lane, Yuma, Arizona 85364. The courthouse for the United States District Court for the District of Arizona is located at 401 W Washington St # 10, Phoenix, AZ 85003. The distance between Yuma and Phoenix is approximately 185 miles, requiring at least a three-hour drive each way.

II. **Reasons for Request**

Geographical Distance:

The significant travel distance between Defendant's residence in Yuma and the courthouse in Phoenix presents a substantial challenge for in-person attendance. The commute is lengthy and impractical, requiring at least three hours of travel time each way.

**2. Logistical and Financial Challenges:**

Defendant currently faces logistical constraints, including a lack of reliable transportation, making it difficult to undertake the necessary travel. Additionally, the financial burden associated with such travel, including fuel costs and potential accommodations, is prohibitive for Defendant.

**III. Proposed Alternative**

Defendant proposes to participate in the August 6, 2024, status conference via Zoom or telephone. Defendant has access to the necessary technology to facilitate a remote appearance and is fully prepared to engage in the proceedings through these means.

**IV. Conclusion**

Granting this motion will enable Defendant to participate fully in the status conference without the undue hardship associated with long-distance travel. Defendant respectfully requests that the Court grant permission for a remote appearance via Zoom or telephone for the August 6, 2024, status conference.

Respectfully submitted,

Tayjalaya S. Williams
Pro Se Defendant

x _/s/ Tayjalaya Williams_

2240 S Elks Lane Unit 13
Yuma, Arizona 85364
Tayjalayastormwilliams@gmail.com
928-408-1422

Dated: August 1, 2024