Case No. 2:24-cv-00379-ROS

Tayjalaya S. Williams

Pro Se Defendant

2240 S Elks Lane, Unit 13

Yuma, Arizona 85364

Tayjalayastormwilliams@gmail.com

928-408-1422

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>　　　　Interpleader Plaintiff,<br><br>　v.<br><br>Tayjalaya S. Williams, Brittany A. Retzlaff, Collin A. Retzlaff and Denise A. Hollas,<br><br>　　　　Interpleader Defendants. | No. 2:24-cv-00379-ROS<br><br>**PROPOSED JOINT CASE MANAGEMENT REPORT** |

1. **Efforts to Contact Other Parties:** Despite multiple attempts to contact the other parties and their counsel, no responses have been received. Efforts included: Emails sent on August 1st, 2024.

2. **Parties in the Case:**

    - Plaintiff: Transamerica Life Insurance Company

124313990.1

- Defendants: Tayjalaya S. Williams, Brittany A. Retzlaff, Collin A. Retzlaff, and Denise A. Hollas

3. **Nature of the Case:** This interpleader arises from a dispute over a $100,000 death benefit in a life insurance policy issued to Thomas Retzlaff, deceased. Defendants have made competing claims to the death benefit.

4. **Jurisdictional Bases:** The case is under the jurisdiction of 28 U.S.C. § 1332 due to diversity of citizenship and an amount in controversy exceeding $75,000.

5. **Amount in Dispute:** Total amount in dispute, including interest and attorney fees: $120,164.56.

- $100,000 with the death benefit, less attorney fees of $8,387.50, resulting in $91,612.50, and the Interest amount of $28,552.06 for a total of $120,164.56 This total includes both the remaining principal death benefit and the accrued interest from the date of death: September 1st, 2021, to the date August 6th 2024.

- **Total Interest Calculation:**
  - Total Interest Until Interpleader Filing: **$24,030.14**
  - Interest After Interpleader Filing: **$4,521.92**
  - Total Interest: $24,030.14 + $4,521.92 = **$28,552.06**
  - **Total Amount Due:**

- Death Benefit: **$100,000**

-Total Interest: **$28,552.06**

1  -Subtotal: $100,000 + $28,552.06 = **$128,552.06**

2  Less Attorney Fees: $128,552.06 - $8,387.50 = **$120,164.56**

**6. Parties Not Served:**

None.

**7. Amending Pleadings or Adding Parties:**

Defendant Williams does not expect to amend the pleadings or add additional parties.

**8. Contemplated Motions:**

Defendant Williams filed her Motion for Summary Judgment at doc. 36. The other Defendants have not yet responded.

**9. Consent to Magistrate:**

Defendant Williams consents to the jurisdiction of a magistrate judge for pretrial matters and procedural issues, contingent upon the agreement of all parties.

**10. Related Cases:**

None.

**11. Electronically Stored Information ("ESI"):**

Parties agree to preserve relevant information in electronic form and will cooperate to determine the most efficient means of production.

12. **Discovery:** Defendant Williams does not anticipate further written discovery at this time pending the resolution of the summary judgment motion, which asserts that no genuine issues of material fact exist.

13. **Depositions: Request to limit each deposition to three hours for efficiency and cost management.**

14. **Proposed Deadlines:**

    - Expert Disclosures: N/A
    - Completion of Expert Depositions: N/A
    - Good Faith Settlement Talks: April 24, 2024, and August 1, 2024
    - Dispositive Motions: Defendant Williams has already filed a motion for summary judgment.

15. **Jury Trial Request:** Defendant Williams requests a bench trial.

16. **Settlement Prospects**: Defendant Williams asserts entitlement to the entire policy proceeds and does not foresee the need for settlement negotiations.

17. **Other Matters:** Compliance with Federal and Local Rules of Civil Procedure is acknowledged.

18. **Federal Rules of Evidence 502(d):**

The parties do not believe an order under Federal Rules of Evidence 502(d) is warranted in this case.

**Certificate of Service**

I hereby certify that on this August 2nd, 2024, a true and correct copy of the foregoing Proposed Joint Case Management Report was served upon:

124313990.1

- 4 -

*Signatures*:

Anthony R. Montoya
Attorney for Brittany A. Retzlaff and Denise A. Hollas
X_____


Collin Retzlaff
11833 Rosewood Dr.
El Mirage, AZ 85335
Defendant
Pro se
X_____


Tayjalaya S. Williams
Pro se
X_/s/ Tayjalaya Williams_

DATED this 2nd day of August, 2024.



From: Goddess Iaya • tayjaiayastormwilliams@gmail.com

To: Jacobsohn, Andrew • AJacobsohn@lewisroca.com

Cc: Skippy Jones • skippyjones90@icloud.com
collin.bluemeloncorp@gmail.com
Anthony Montoya • anthony@montoyalawoffice.com
Bressler, Stephen • SBressler@lewisroca.com
Rodriguez, Sonya • SRodriguez@lewisroca.com
Hirka, George • GHirka@lewisroca.com

Date: Aug 1, 2024, 5:27 AM

View security details

Dear Counsel and Parties, as per the court's order, we are required to submit a joint case management report by the end of today, August 1, 2024. Due to the immediate deadline, I am attaching the draft report for your urgent review and input.

Please review the attached document and provide any feedback or suggested changes by 2:30 PM today. Given the tight timeline, I will be filing the report by 3:00 PM today, whether or not I receive responses. Thank you for your immediate attention to this matter.

Best regards,



**Goddess Iaya** 3:46 PM
to Skippy, collin.blue...

Dear Anthony and Collin

I hope this message finds you well. As you know, the deadline for filing the joint scheduling report for Case 2:24-cv-00379 was August 1st, 2024.

I am providing the final version of the report we intend to file with the court. Despite my previous email, including the draft sent on August 1st, I have not received any responses or feedback from your side.

To ensure compliance with the court's requirements, I plan to file this report as soon as possible. Please review the attached report and let me know if you have any comments or corrections. Your prompt response would be greatly appreciated.

Thank you for your attention to this matter. Please confirm receipt of this email and the attached document at your earliest convenience.

Best regards,

Tayjalaya S. Williams

[Attachment: joint man...ort✨.docx]