# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company, | No. CV-24-00379-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Tayjalaya S Williams, et al., | |
| Defendants. | |

The Court held an interim status conference on August 6, 2024 at 10:00 a.m. as set by the Court's Rule 16 Scheduling Order (Doc. 27) issued on April 24, 2024.

Neither counsel for Defendants Brittany Retzlaff and Denise Hollas nor *pro se* Defendant Collin Retzlaff appeared at the conference. Defendants Brittany Retzlaff, Denise Hollas, and Collin Retzlaff have violated the Court's Rule 16 Scheduling Order (Doc. 27), as well as the Court's July 31, 2024 Order (Doc. 39) and August 2, 2024 Order (Doc. 41) requiring parties to file a joint status report in advance of the conference. Defendants Brittany Retzlaff, Denise Hollas, and Collin Retzlaff are ordered to show cause why they should not be sanctioned, including being held in contempt of court, for violations of numerous orders of this Court no later than **August 16, 2024**. A hearing on this issue is set for **Wednesday, August 21, 2024** at **2:00 p.m.** Plaintiff and Defendant Williams are not required to appear at this hearing.

Defendants Brittany Retzlaff and Denise Hollas filed a motion for extension of time to file a status report (Doc. 46). This motion will be denied.

As discussed at the interim status conference, the Court will order Plaintiff Transamerica Life Insurance Company to file a brief by **August 16, 2024** addressing whether the Court has jurisdiction over this interpleader action, particularly once Plaintiff—the only diverse party in this action—is dismissed. While federal courts have exercised jurisdiction in interpleader actions where the dismissed plaintiff/stakeholder was the only diverse party, *see, e.g.*, *Leimbach v. Allen*, 976 F.2d 912, 917 (4th Cir. 1992), the Court seeks additional briefing on jurisdiction over a Rule 22 interpleader case where only non-diverse parties remain and, if so, whether that jurisdiction is supplemental or pursuant to other law.

Accordingly,

**IT IS ORDERED** Defendants Brittany Retzlaff, Denise Hollas, and Collin Retzlaff shall show cause why they should not be sanctioned and held in contempt for their numerous violations of this Court's orders no later than **August 16, 2024**. A hearing is set for **August 21, 2024** at **2:00 p.m.** on this issue. Plaintiff and Defendant Williams are not required to appear at this hearing.

**IT IS FURTHER ORDERED** Defendants Brittany Retzlaff and Denise Hollas' motion for extension of time (Doc. 46) is **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff shall file a brief addressing the Court's jurisdiction over this action as outlined above no later than **August 16, 2024**.

Dated this 7th day of August, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge