Anthony R. Montoya,
1228 E. Vogel Ave.
Phoenix, AZ 85020
anthony@montoyalawoffice.com
AZ Bar #22322
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>        Plaintiff,<br><br>vs.<br><br>BRITTANY A. RETZLAFF and DENISE A. HOLLAS<br>Defendants | No.: 2:24-cv-00379-ROS<br><br><br>DEFENDANTS RESPONSE TO ORDER TO SHOW CAUSE |

PLEASE TAKE NOTE that Defendants, Brittany A. Retzlaff and Denise A. Hollas by and through Attorney, Anthony R. Montoya, move this court to ACCEPT PROPOSED JOINT CASE AMANAGMENT REPORT that was filed on Marh 29, 2024 (docket entry 19) as the CASE Management report.

      Attorney Andrew Jacobson (Representing Plaintiff Transamerica) initiated a phone conference with Mr. Montoya (representing Defendants Brittany Retzlaff and Denise Hollas), Collin Retzlaff and Tayjalaya Williams. All present consented to the dates reflected in the Report filed by Mr. Jacobson.

      Mr. Montoya appeared at the Federal Courthouse on April 30, 2024 and waited outside Courtroom 604 (Collin A. Retzlaff was also present). The Courtroom was never opened whereupon Mr. Retzalff and Mr. Montoya went to the Clerks office and were told that the Case Management Conference would be continued and that all parties would be notified.

      Mr. Montoya, never received notice from the court but did receive an email from Ms. Williams. Whereupon Mr. Montoya notice that the court had an incorrect email address and corrected it. Mr. Montoya only learned of the Case Management Conference set for August 6th on the afternoon of August 5th. Mr. Montoya immediately moved this court for an extension of time which was denied.

      Mr. Montoya will appear on August 21st to answer any questions and further explain why it would be unjust to impose sanctions against Brittany Retzlaff or Denise Hollis or to hold them in contempt. They are merely

RESPONSE TO ORDER TO SHOW CAUSE - 1

interpleader defendants who are not suspects in the murder of the decedent and they both defer to this Honorable Court to decide best as to jurisdiction and distribution of the insurance proceeds.

Dated this 12th day of August, 2024.

/s/ Anthony R. Montoya

Anthony R. Montoya
Arizona State Bar #22322

**ORIGINAL FILED via e-mail** and **COPY**
of the foregoing served-
12th day of August 2024 to:
Tayjalaya S Williams
2240 S Elks Ln., Unit 13
Yuma, AZ 85364
Via email: Tayjalayastormwilliams@gmail.com

Lewis Roca LLP - Phoenix
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
602-262-5782
ajacobsohn@lewisroca.com

RESPONSE TO ORDER TO SHOW CAUSE - 2