UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA



*Transamerica Life Insurance Company,*
*Interpleader Plaintiff,*

v.

*Tayjalaya S. Williams, Brittany A. Retzlaff,*
*Collin A. Retzlaff, and Denise A. Hollas,*
*Interpleader Defendants.*

Case No. 2:24-cv-00379-ROS

# AFFIDAVIT OF TAYJALAYA S. WILLIAMS

I, Tayjalaya S. Williams, being duly sworn, depose and state as follows:

## 1. Personal Background:

- My name is Tayjalaya S. Williams, and I am one of the named Interpleader Defendants in the above-captioned case. I am over the age of 18, of sound mind, and fully competent to testify to the matters set forth in this Affidavit.

## 2. Filing of Summary Judgment Motion:

On July 19, 2024, (doc.36), I filed a Motion for Summary Judgment in this case, asserting my entitlement to the life insurance proceeds from the policy insuring Thomas Retzlaff, including the interest accrued on those proceeds as stipulated by the policy and Arizona law. This Motion for Summary Judgment is filed and recorded on PACER, the court's electronic filing system.

### 3. No Response from Other Parties:

As of the date of this Affidavit, neither Transamerica Life Insurance Company, nor any of the other named defendants—Colin Retzlaff, Brittany A. Retzlaff, or Denise Hollas—have responded to my Motion for Summary Judgment. Despite their procedural obligation to address the issues raised in my motion, all parties have remained silent.

### 4. Failure to Acknowledge Summary Judgment:

In addition to their failure to respond, I have reviewed the recent filings by Transamerica, including their Motion for Dismissal (filed August 14, 2024) and Supplemental Brief Regarding Jurisdiction (filed August 14, 2024). These documents do not mention or acknowledge the existence of my pending Motion for Summary Judgment, nor do they address the substantive claims and legal arguments I presented therein.

### 5. Interest Claim Under Policy:

The life insurance policy at issue explicitly provides for the payment of interest on the death benefit from the date of the insured's death until the date of payment. I have calculated the interest owed under this provision, and it forms a material part of my claim to the proceeds. This interest has not been contested or addressed by Transamerica or the other defendants.

### 6. Involvement in the Investigation:

I am aware that the El Mirage Police Department is investigating the homicide of Thomas Retzlaff. However, I affirm that I have not been identified as a suspect, nor have I been implicated in any wrongdoing related to this case. My involvement has been limited to cooperation with the investigation as an interested party and potential beneficiary of the policy proceeds.

### 7. Legal and Factual Basis for My Claims:

My claims to the life insurance proceeds, including the interest owed under the policy, are based on clear and uncontested legal and factual grounds. The failure of the other parties to respond to my Motion for Summary Judgment further supports the absence of any genuine dispute over the material facts of this case.

## 8. Request for Relief:

Given the unchallenged nature of my claims and the failure of the other parties to engage with the substantive issues presented in my Motion for Summary Judgment, I respectfully request that the Court grant my motion and enter judgment in my favor for the full amount of the policy proceeds, including all accrued interest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2024

x _[signature]_
Tayjalaya S. Williams

Notary Acknowledgment:

State of Arizona

County of Yuma

Subscribed and sworn to (or affirmed) before me on this 17th of August 2024, by Tayjalaya S. Williams, who has produced a military ID as identification.

Signature
x _Desteny Valle_

DESTENY VALLE
Notary Public - Arizona
Yuma County
My Commission Expires
November 23, 2026
Commission # 639187

Print
x Desteny Valle

My Commission Expires: Nov. 23, 2026