1  **Lewis Roca Rothgerber Christie LLP**
   201 East Washington Street, Suite 1200
2  Phoenix, AZ  85004

3  **Stephen M. Bressler** (State Bar No. 009032)
   Direct Dial: 602.262.5376
   Fax: 602.262.5747
4  Email: SBressler@lewisroca.com

   **Andrew Jacobsohn** (State Bar No. 037792)
   Direct Dial: 602.262.5782
5  Email: AJacobsohn@lewisroca.com

6  *Attorneys for Interpleader Plaintiff*

7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF ARIZONA

| | |
|---|---|
| 10 Transamerica Life Insurance Company, | No.  2:24-cv-00379-ROS |
| 11                Interpleader Plaintiff, | **INTERPLEADER PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR DISMISSAL** |
| 12        v. | |
| 13 Tayjalaya S. Williams, Brittany A. Retzlaff, Collin A. Retzlaff and Denise A. Hollas, | |
| 14 | |
| 15                Interpleader Defendants. | |

16     Defendant Williams does not appear to understand the interpleader process.

17 Transamerica takes no position on who is entitled to the life insurance death benefit.  It

18 has already deposited those funds into an interest-bearing account[1] with the Clerk of the

19 Court.  Transamerica was then discharged from any and all liability arising out of any

20 claim to the Policy Benefit, and any further proceedings in this action. ECF No. 26.  There

21 is no reason for Transamerica to remain in this matter.

22     Accordingly, Transamerica should be dismissed from the lawsuit.  The defendants

23

---

24 [1] Transamerica did not owe interest before depositing the funds because A.R.S. § 20-
25 462(C)(3) provides that payment of a life insurance claim is not overdue when "the insurer is unable to pay such claim because there is no recipient who is legally able to give
26 a valid release for such payment, or in which the insurer is unable to determine who is entitled to receive such payment, if the insurer has promptly notified the claimant of such
27 inability and has offered in good faith to promptly pay said claim upon determination of who is entitled to receive such payment."
28

125839016.2

can litigate who is entitled to the Policy Benefit that has already been paid into the Court and is accumulating interest.

DATED this 22nd day of August, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/Andrew Jacobsohn*
Stephen M. Bressler
Andrew Jacobsohn
*Attorneys for Interpleader Plaintiff Transamerica Life Insurance Company*