**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Stephen M. Bressler** (State Bar No. 009032)
Direct Dial: 602.262.5376
Fax: 602.262.5747
Email: SBressler@lewisroca.com

**Andrew Jacobsohn** (State Bar No. 037792)
Direct Dial: 602.262.5782
Email: AJacobsohn@lewisroca.com

*Attorneys for Interpleader Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>　　　　　　Interpleader Plaintiff,<br><br>　　v.<br><br>Tayjalaya S. Williams, Brittany A. Retzlaff, Collin A. Retzlaff and Denise A. Hollas,<br><br>　　　　　　Interpleader Defendants. | No. 2:24-cv-00379-ROS<br><br>**INTERPLEADER PLAINTIFF'S RESPONSE TO INTERPLEADER DEFENDANT TAYJALAYA S. WILLIAMS' MOTION FOR SUR-REPLY** |

　　　　Transamerica opposes Defendant Williams' Motion for a Sur-Reply.

　　　　"Sur-replies are highly disfavored and permitted only in extraordinary circumstances." *Finley v. Maricopa Cnty. Sheriff's Office*, CV-14-02609-PHX-DLR, 2016 WL 777700, at *1, n.1 (D. Ariz. Feb. 29, 2016), *aff'd sub nom. Finley v. Fax*, 683 Fed. Appx. 630 (9th Cir. 2017). Here, no extraordinary circumstances have arisen. Instead, Williams' Motion for a Sur-Reply "raises no new arguments beyond those presented" in her Response to Transamerica's Motion Requesting Dismissal. *Id.* It "merely reiterates arguments made in her response brief … [and] is neither appropriate nor helpful."[1] *Id.* To

---

[1] Plaintiff's Motion includes cases that do not appear to exist. There appears to be no District of Arizona case entitled *Ransom v. Penn Mutual Life Insurance Co.*, and the reporter citation provided corresponds to an unrelated case, 43 F. Supp. 94 (S.D.N.Y. 1941). This same citation appears in Williams' Response to Transamerica's Motion for Dismissal. (ECF No. 54). Similarly, there are incorrect citations to "*Sun Life Assurance Co. of Canada v. Wood*", where the citation points instead to 529 F.2d 47 (4th Cir. 1975). Finally, and contrary to Williams' assertion, *Prudential v. Hinkel* appears not to be an Arizona case but instead yet another unrelated case at 121 F.3d 364 (8th Cir. 1997). These citations suggest that Defendant Williams may be using AI, such as ChatGPT, to draft arguments to attempt to prolong Transamerica's final dismissal from this matter.

125938635.1

1  the contrary, her repeated pleadings are increasing the cost and time for resolution of this
2  matter.  Therefore, the Court should deny the Motion.
3     DATED this 29th day of August, 2024.

          LEWIS ROCA ROTHGERBER CHRISTIE LLP

          By:  */s/Andrew Jacobsohn*
                Stephen M. Bressler
                Andrew Jacobsohn
          *Attorneys for Interpleader Plaintiff Transamerica Life Insurance Company*

125938635.1

- 2 -