Anthony R. Montoya,
1228 E. Vogel Ave.
Phoenix, AZ 85020
anthony@montoyalawoffice.com
AZ Bar #22322
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>           Plaintiff,<br><br>vs.<br><br>BRITTANY A. RETZLAFF and DENISE A. HOLLAS<br>Defendants | No.: 2:24-cv-00379-ROS<br><br><br>DEFENDANTS MOTION TO CONTINUE STATUS CONFERENCE |

PLEASE TAKE NOTE that Defendants, Brittany A. Retzlaff and Denise A. Hollas by and through Attorney, Anthony R. Montoya, move this court to Continue the Status Conference, currently set for October 4, 2024..

   Attorney Anthony Montoya will be out of the country returning on October 9, 2024.

   Defendants will work with Defendants Williams and Collin Retzalff to prepare and file a joint plan prior to September 27, 2024

   Dated this 10th day of September, 2024.

                                    /s/ Anthony R. Montoya

                                    _____
                                    Anthony R. Montoya
                                    Arizona State Bar #22322

**ORIGINALFILED via e-mail** and **COPY**
of the foregoing served-
10th day of September 2024 to:
Tayjalaya S Williams
2240 S Elks Ln., Unit 13
Yuma, AZ 85364
Via email: Tayjalayastormwilliams@gmail.com

MOTION TO ADJOURN STATUS CONFERENCE - 1

Collin Retzlaff
11833 Rosewood Dr.
El Mirage, AZ 85335

MOTION TO ADJOURN STATUS CONFERENCE - 2