Tayjalaya S. Williams, Pro Se
2240 S Elks Lane
Yuma, AZ 85364
Tayjalayastormwilliams@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Transamerica Life Insurance Company,
Plaintiff,

v.

Tayjalaya S. Williams, et al.,
Defendants.

Case No.: CV-24-00379-PHX-ROS

REQUEST TO APPEAR REMOTELY

Defendant Tayjalaya S. Williams, Pro Se, respectfully requests permission to appear remotely via Zoom or telephone for the status conference scheduled on October 10, 2024, at 10:00 a.m.

Reason: I reside in Yuma, Arizona, making in-person attendance in Phoenix a significant burden. Remote appearance will allow full participation without delay or prejudice to the proceedings.

Respectfully submitted,

*[signature]*

Tayjalaya S. Williams, Pro Se

Dated this 16th day of September, 2024.