# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Tayjalaya S Williams, et al.,<br><br>Defendants. | No. CV-24-00379-PHX-ROS<br><br>**ORDER** |

Before the Court is Defendant Williams' motion for leave to appear remotely for the Status Conference scheduled on October 10, 2024. While the Court has previously allowed Defendant Williams to appear telephonically given her residence in Yuma, the upcoming Status Conference will be the first opportunity to discuss the parties' substantive claims with respect to the slayer statue and entitlement to the Policy Benefit. These claims are serious. Consequently, in-person appearance of all parties is crucial. Accordingly,

**IT IS ORDERED** Defendant Williams' motion for leave to appear remotely (Doc. 65) is **DENIED**. Defendant Williams shall appear in-person to the Status Conference on October 10, 2024, at 10:00 a.m.

Dated this 24th day of September, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge