```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    OCT 0 1 2024

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Transamerica Life Insurance Company,

Plaintiff,

v.

Tayjalaya S. Williams, et al.,

Defendants.

Case No. CV-24-00379-PHX-ROS

RENEWED MOTION TO APPEAR REMOTELY

(Request for Reconsideration)

I, Tayjalaya S. Williams, respectfully ask the Court to please reconsider its previous decision and allow me to appear remotely for the Joint Scheduling Conference on October 10, 2024, due to significant financial and transportation hardships.

I fully understand the seriousness of the upcoming conference, especially concerning the Slayer Rule and policy benefits I respectfully argue that while the Slayer Rule is of utmost importance, I have no convictions, arrests, or accusations against me concerning the death of Thomas Retzlaff. The burden to prove the applicability of the Slayer Rule rests on the other defendants who claim its relevance. As a result, my in-person presence is not crucial for the proceedings; rather, it is the claimants of the Slayer Rule who should provide their evidence and arguments. I recognize the importance of being present. However, attending in person is simply beyond my means at this time. Traveling to Phoenix from my residence in Yuma, Arizona, requires a round trip of approximately 400 miles, which presents a substantial financial burden. Additionally, without reliable transportation, I run the risk of being unable to make it, arriving late, or being stranded without a way to return home. Despite these

challenges, I truly need to be present, and I am committed to participating however I can, even if remotely.

The Court's previous order regarding the Status Conference noted that remote appearances would be allowed if requested no less than five days before the hearing. Given that I am filing this motion well in advance, I kindly request that the Court consider this accommodation so that I can fully participate in this important proceeding.

I have participated in prior hearings remotely without any issues, and I am prepared to do so again. Remote participation will not prejudice the other parties or hinder the Court's ability to conduct the hearing. I am fully engaged in this case, and I want to ensure that the matter proceeds smoothly. Granting this accommodation would allow the conference to proceed as scheduled while also preventing undue hardship on my part.

While I respectfully request that the Court grant me permission to attend this specific conference remotely, I remain willing to appear in person for any final hearings or substantive proceedings where my physical presence is deemed necessary. This compromise ensures that I can participate fully in the case without jeopardizing my financial well-being or the progression of the case.

For these reasons, I sincerely ask the Court to reconsider and allow me to attend remotely via Zoom or telephone, as this is a great deal to me and I need to be involved in any way possible. I respectfully request that the Court reconsider its previous decision and allow me to attend the Joint Scheduling Conference on October 10, 2024, remotely. This accommodation would not prejudice the other parties or hinder the Court's ability to proceed, while also alleviating the significant hardship that in-person attendance would impose on me.

I sincerely appreciate the Court's consideration of this request and remain committed to participating fully and meaningfully in this matter.

Dated: September 30th 2024.

Respectfully,

Tayjalaya S. Williams

2240 South Elks Lane

Yuma, AZ A5364

928-408-1422

Pro Se

Defendant