# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company, | No. CV-24-00379-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Tayjalaya S Williams, et al., | |
| Defendants. | |

Before the Court is Defendant Williams' renewed motion to appear remotely (Doc. 68). For the reasons set forth in the Court's September 25, 2024 Order, all parties must appear in-person.

Accordingly,

**IT IS ORDERED** Defendant Williams' renewed motion to appear remotely (Doc. 68) is **DENIED**. Defendant Williams shall appear in-person to the Status Conference on October 10, 2024, at 10:00 a.m.

Dated this 7th day of October, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge