MAGISTRATE JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. Magistrate Judge:** Eric J. Markovich | **Date:** November 14, 2024 |
| **Case Number:** CV-24-00379-PHX-ROS | |
| **Transamerica Life Insurance Co. v. Williams,** *et al.* | |

| **APPEARANCES:** | **Defendant,** *pro se* | **Defendants B. Retzlaff & Hollas's Counsel** |
|---|---|---|
| | Tayjalaya S. Williams | Anthony R. Montoya, Esq. |
| | **Defendant,** *pro se* | |
| | Collin A. Retzlaff | |

**SETTLEMENT CONFERENCE:**

A settlement conference was held before Magistrate Judge Markovich. The parties have not reached a settlement at this time.

Deputy Clerk: N/A
Recorded By: N/A
Law Clerk: Marcia M. Delanty

**5 hours, 0 minutes**
**Start:  12:00 PM**
**Stop:   05:00 PM**