☑ FILED ____ LODGED
____ RECEIVED ____ COPY

DEC 0 2 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _LL_ _5.4_
(Rule Number/Section)

Case No.: CV-24-00379-PHX-ROS

Judge: Roslyn O. Silver

Plaintiff: Transamerica Life Insurance Company (Dismissed)

Defendant: Tayjalaya Williams

---

NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant Tayjalaya Williams, acting pro se, hereby provides notice to the Court that she has served her Initial Disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1) and the Local Rules of the District of Arizona. The disclosures were served on the following parties:

Collin Retzlaff (served directly via email to Collin.bluemeloncorp@gmail.com and skippyjones90@icloud.com

Brittany Retzlaff and Denise Hollas, through their attorney:

Anthony Montoya

anthony@montoyalawoffice.com

The disclosures were served on November 27th via email


Date : November 27th 2024

Respectfully Submitted,


Tayjalaya Williams

Pro Se Defendant

2240 South Elks Lane, Unit 13

Yuma, Arizona

928-408-1422

tayjalayastormwilliams@gmail.com