THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CivLR 5.4, 3.1(a)(1)
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY
DEC 1 6 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

TRANSAMERICA LIFE INSURANCE COMPANY,

Plaintiff,

v.

TAYJALAYA WILLIAMS, COLIN RETZLAFF,

BRITTANY RETZLAFF, and DENISE HOLLAS,

Defendants.

Case No.: CV-24-00379-PHX-ROS

NOTICE OF DEFENDANT COLIN RETZLAFF'S FAILURE TO SERVE INITIAL DISCLOSURES AND REQUEST FOR JUDICIAL INTERVENTION

TO THE HONORABLE COURT:

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.1 of the District of Arizona, all parties were required to serve their initial disclosures no later than November 14, 2024, as set by the Court's scheduling order. To date, Defendant Colin Retzlaff has failed to provide his initial disclosures, as required by the rules and deadlines.

On December 4, 2024, I emailed Defendant Colin Retzlaff and Attorney Anthony Montoya to remind them of their obligation to serve initial disclosures. In this email, I informed them that if I did not receive their initial disclosures by December 11, 2024, I would seek the Court's intervention to ensure compliance.

While Attorney Anthony Montoya subsequently provided initial disclosures for Defendants Brittany Retzlaff and Denise Hollas, Defendant Colin Retzlaff has failed to comply. As of this filing, I have not received any disclosures from Defendant Colin Retzlaff. His failure to comply is delaying progress in this case and preventing effective case preparation.

---

*REQUEST FOR RELIEF*

I respectfully request the Court to:

1. Order Defendant Colin Retzlaff to immediately provide his initial disclosures in compliance with Rule 26(a)(1) and Local Rule 26.1.

2. Impose any other sanctions or remedies the Court deems appropriate for Defendant Colin Retzlaff's failure to comply with the disclosure requirements.

Thank you for the Court's attention to this matter. I remain committed to ensuring this case proceeds fairly and efficiently.

Respectfully submitted,

Tayjalaya Williams

Defendant, Pro Se

Date: December 12, 2024

---

*Certificate of Service*

I hereby certify that on December 12, 2024, I served the foregoing Notice of Defendant Colin Retzlaff's Failure to Serve Initial Disclosures and Request for Judicial Intervention via email to the following:

Colin Retzlaff: collin.bluemeloncorp@gmail.com and skippyjones90@icloud.com

Anthony Montoya, : anthony@montoyalawoffice.com

TAYJALAYA WILLIAMS, Pro Se

2240 South Elks Lane,

Yuma, Arizona 85364

Phone: 928-408-1422

Email: tayjaleastormwilliams@gmail.com

## Noncompliance with Disclosure Requirements > Inbox 

 **Goddess Iaya** Dec 4  
to collin.bluemelonc...

Dear Mr. Montoya and Mr. Retzlaff,

Pursuant to the Amended Scheduling Order entered on October 15, 2024, you were required to disclose the identities of all persons who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704, or 705 no later than November 14, 2024. As of today, I have not received your disclosures.

Please comply with the court's order and serve your disclosures no later than December 11, 2024. Failure to do so may result in appropriate action being taken to address this noncompliance.

Regards,
Tayjalaya S. Williams

23    C. To satisfy the requirements of FRCP 26(a)(1), the parties shall file a <u>Notice of
24    Initial Disclosure</u>, rather than copies of the actual disclosures.
25    D. Procedural motions including Motions to Amend the Complaint or Answer, and
26    Motions to Join Additional Parties shall be filed no later than **October 17, 2024**.
27    E. The Defendants shall disclose the identity of all persons who may be used at trial
28    to present evidence under FRE 701, 702, 703, 704, or 705 no later than **November 14,**