Anthony R. Montoya,
1228 E. Vogel Ave.
Phoenix, AZ 85020
anthony@montoyalawoffice.com
AZ Bar #22322
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>   Plaintiff,<br><br>vs.<br><br>TAYJALAYA S. WILLIAMS, COLLIN RETZLAFF, BRITTANY A. RETZLAFF and DENISE A. HOLLAS<br>Defendants | No.: 2:24-cv-00379-ROS<br><br>**JOINT STATUS REPORT** |

Defendants: Brittany A. Retzlaff and Denise A. Hollas represented by Attorney Anthony R. Montoya, and pro per Defendant 'Collin Retzlaff , pursuant to the Court's Rule 16 Scheduling Order do hereby submit the Joint status report prior to the Interim Status Conference scheduled for April 8, 2025. Pro per Defendant Tajalaya S. Williams filed her own status report.

1. **Discovery Completed to Date.**

On December 13, 2024, Ms. Williams served Interrogatories, Requests for Production, and Requests for Admissions on all remaining defendants. Responses were received in January 2025. In those responses:

All Defendants stated they have no evidence disputing the validity of the beneficiary changes made on June 1, 2021, and August 28, 2021.

All Defendants stated they have no evidence supporting application of the Slayer Rule against Ms. Williams.

DISCOVERY RESPONSE

No Defendant produced any documentation supporting a legal or factual claim to the life insurance proceeds beyond prior beneficiary status.

2. **Discovery Remaining.:**
The defendants do not anticipate serving additional discovery unless necessary in response to future filings. All defendants reserve the right to seek appropriate relief if warranted.

3. **Dispositive Motions:**
Ms. Williams filed a Motion for Summary Judgment on March 29, 2025, and served it on the other defendants. No dispositive motions have been filed by any other party to date.

4. **Readiness for Trial.**
Ms. Williams is fully prepared to proceed in accordance with the Scheduling Order. Based on the discovery responses received, Ms. Williams believes the core legal issues can be resolved on summary judgment. All other defendants are ready for trial.

Dated this 1st day of April 2025.

/s/ Anthony R. Montoya

Anthony R. Montoya
Arizona State Bar #22322
For Defendants Brittany A. Retzlaff and
Denise Hollis

/s/ Colin Retzlaff

DISCOVERY RESPONSE

Collin Retzlaff

**via e-mail** :

tayjalayastormwilliams@gmail.com

skippyjones90@icloud.com

DISCOVERY RESPONSE