UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

TRANSAMERICA LIFE INSURANCE COMPANY,
Plaintiff,
v.
TAYJALAYA S. WILLIAMS, COLLIN RETZLAFF,
DENISE HOLLAS, and BRITTANY RETZLAFF,
Defendants.

Case No.: 2:24-cv-00379-ROS

STATUS REPORT PURSUANT TO RULE 16 SCHEDULING ORDER

Pursuant to the Court's Scheduling Order, Defendant Tayjalaya S. Williams, appearing pro se, respectfully submits this Status Report in advance of the April 8, 2025 Interim Status Conference. Despite good faith efforts to collaborate with the other named defendants or their counsel, including written communications and requests to jointly prepare this filing, no responses or contributions were received. Accordingly, this report is submitted solely on behalf of Ms. Williams.

1. Discovery Completed to Date

On December 13, 2024, Ms. Williams served Interrogatories, Requests for Production, and Requests for Admissions on all remaining defendants. Responses were received in January 2025. In those responses:
- All defendants stated they have no evidence disputing the validity of the beneficiary designation changes dated June 1, 2021, and August 28, 2021.
- All defendants admitted they have no evidence supporting the application of the Slayer Rule against Ms. Williams.
- No defendant produced any documentation or legal authority supporting their claim to the life insurance proceeds beyond their prior beneficiary status, which was revoked before the insured's death.

2. Discovery Remaining

Ms. Williams does not anticipate serving further discovery at this time. However, she reserves the right to seek additional discovery or court intervention should future filings warrant a response.

3. Dispositive Motions

Ms. Williams filed a Motion for Summary Judgment on March 29, 2025, and served it on all parties. No other party has filed any dispositive motion to date.

4. Readiness for Trial

Ms. Williams remains fully prepared to proceed in accordance with the Court's Scheduling Order. Based on the admissions and lack of contrary evidence from the other parties, Ms. Williams believes this matter can be resolved on summary judgment and should not proceed to trial.

Dated: March 31, 2025

Respectfully submitted,

/s/ Tayjalaya S. Williams
Tayjalaya S. Williams
Pro Se Defendant
2240 S. Elks Ln.,
Yuma, AZ 85364
tayjaleastormwilliams@gmail.com
(928) 408-1422

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2025, I emailed a true and correct copy of the foregoing Status Report via email.

anthony@montoyalawoffice.com
Anthony Montoya
Attorney for Denise Hollas and Brittany Retzlaff

skippyjones90@icloud.com

Collin.bluemeloncorp@gmail.com
Collin Retzlaff

Executed on March 31 2025.
/s/ Tayjalaya S. Williams
Tayjalaya S. Williams