# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>        Plaintiff,<br><br>v.<br><br>Tayjalaya S Williams, et al.,<br><br>        Defendants. | NO. CV-24-00379-PHX-ROS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 4, 2025, the parties are to take nothing, and the complaint and action are dismissed without prejudice.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

December 4, 2025

                                              s/ Robert Vasquez
                                    By  Deputy Clerk