IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transamerica Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Tayjalaya S Williams, et al.,<br><br>Defendants. | No. CV-24-00379-PHX-ROS<br><br>**ORDER** |

Pursuant to Federal Rule of Appellate Procedure 24(a) and 28 U.S.C.A. § 1915, Defendant Tayjalaya Williams has filed a Notice of Appeal from the Court's Order of Dismissal, (Doc. 118), and the Final Judgment, (Doc. 119), and now requests leave to proceed in forma pauperis. Under 28 U.S.C.A. § 1915,

> Any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

Rule 24(a) requires any party seeking to proceed in forma pauperis on appeal must attach to the motion an affidavit which "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24. "The granting or denial of leave to proceed in forma

pauperis in civil cases is within the sound discretion of the district court." *Venable v. Meyers*, 500 F.2d 1215, 1216 (9th Cir. 1974)

Defendant Williams' Motion does not comply with the requirements of Rule 24 and § 1915. As such, the Motion will be denied without prejudice. Pursuant to Rule 24(a)(4), the Court will direct the Clerk to immediately notify the parties and the Ninth Circuit Court of Appeals.

**IT IS ORDERED** the Application for Leave to Appeal in Forma Pauperis (Doc. 121) is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall immediately notify Defendant and the Ninth Circuit Court of Appeals of this denial.

Dated this 19th day of February, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge