## U.S. District Court

### Arizona - Phoenix

Receipt Date: Mar 13, 2026 3:29PM

TAYJALAYA STORM WILLIAMS

Rcpt. No: 200020850          Trans. Date: Mar 13, 2026 3:29PM          Cashier ID: #LY (6784)

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                    | 1   | 605.00 | 605.00 |

| CD | Tender |                 |           | Amt      |
|----|--------|-----------------|-----------|----------|
| CH | Check  | #22-121301294   | 03/6/2026 | $605.00  |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Cash Change Amount: $0.00

**Comments**: CV24-379-PHX-ROS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

**FILED / RECEIVED / COPY — MAR 13 2026 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY**